RECEIVED

JAN 2 5 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Carl Bauman
Alaska Bar No. 7300138
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 "C" Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number: (907) 274-7522
Facsimile Number:  (907) 263-8320

Attorneys for Defendants
Bannister and Wyatt, LLC;
John F. Wyatt; & O. W. Bannister

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG MCCARTY<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL CAROLINA BANK; BANNISTER AND WYATT, LLC; JOHN F. WYATT; O. W. BANNISTER, JR., and JOHN DOES I and II<br><br>Defendants. | 3:06-cv-00023 TMB<br><br>Case No. A06-_____ CI [____]<br><br><br><br>**NOTICE OF REMOVAL** |

TO:   THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF ALASKA

This notice of defendants Bannister and Wyatt, LLC, John F. Wyatt, and O. W. Bannister respectfully shows:

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

1. That on the 29th day of December, 2005, and by way of a Complaint dated December 28, 2005, an action was commenced in the Superior Court for the State of Alaska at Anchorage, entitled CRAIG MCCARTY, Plaintiff, vs. CENTRAL CAROLINA BANK; BANNISTER AND WYATT, LLC; JOHN F. WYATT; W. O. (sic, O.W.) BANNISTER, JR., and JOHN DOES I and II, defendants; Case No. 3AN-05-14427 Civil.

2. The Complaint is removable to federal court because none of the named defendants are citizens of the State of Alaska.

3. On the 9th day of January, 2006, the Summons and Complaint in Case No. 3AN-05-14427 Civil were served on defendants Bannister and Wyatt, LLC, John F. Wyatt, and O. W. Bannister.

4. This notice of removal is being filed pursuant to 28 U.S.C. § 1446(a) and (b) within thirty (30) days after receipt by all defendants of a copy of the initial effective pleading setting forth the removable claims of Craig McCarty against defendants. Copies of all papers found by counsel for defendant Bannister and Wyatt, LLC, John F. Wyatt, & W. O. (sic, O.W.) Bannister in the file of the Superior Court for the State of Alaska, Third Judicial District, concerning this action are attached hereto in accordance with 28 U.S.C. § 1446(a) and 1447(b):

    A. Counsel of Record information;

    B. Case Description Form;

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

C. Summons to Defendants Bannister and Wyatt, LLC, John F. Wyatt, and W. O. (sic, O.W.) Bannister;

D. Summons to Defendant Central Carolina Bank;

E. Complaint dated December 28, 2005;

8. This court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332(a) and this action may be removed to this court pursuant to the provisions of 28 U.S.C. § 1441. This is a civil action where the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and there is complete diversity of citizenship between the plaintiff and the defendants named in the Complaint.

9. Plaintiff alleges to be a citizen of the State of Alaska at the time of filing this action.

10. Defendants John F. Wyatt and O. W. Bannister are attorneys who are residents of the State of South Carolina.

11. Defendant Bannister and Wyatt, LLC, is, and was at all relevant times, a limited liability company formed in the state of South Carolina with its principal place of business in the state of South Carolina.

12. Defendant Central Carolina Bank is not a corporation that was incorporated in the state of Alaska, nor, on information and belief is it a corporation with its principal place of business in the state of Alaska. The plaintiff alleges in his Complaint that the foregoing defendants are residents of the State of South Carolina.

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

13.   Since all defendants are residents or legal entities incorporated in and have their principal places of business in states other than the state of Alaska, where this action was filed, removal is proper under 28 U.S.C. § 1441(b).

14.   This notice of removal is timely because it is brought within thirty (30) days of the filing of the Complaint in state court.

15.   A notice of filing this Notice of Removal will be filed with the Superior Court of the State of Alaska, Third Judicial District at Anchorage, and served upon plaintiff.

17.   Defendants Bannister and Wyatt, LLC, John F. Wyatt, and O. W. Bannister will pay all costs and disbursements incurred by reason of removal proceedings hereby brought should it be determined that this case is not removable or is improperly removed.

WHEREFORE, defendants Bannister and Wyatt, LLC, John F. Wyatt, and O. W. Bannister give notice that this action formerly pending in the Superior Court for the State of Alaska, Third Judicial District, is hereby removed to this court.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC

Attorneys for Defendants Bannister and Wyatt, LLC, John F. Wyatt, & O. W. Bannister

DATED this 25th day of January, 2006l

By: _____
Carl Bauman
Alaska Bar No. 7300138

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

**Certificate of Service**

On the 25th day of January, 2006, a true and correct copy of the foregoing, substantively prepared in font Arial 13, was ☒ mailed ☐ hand-delivered ☐ faxed to:

Hal P. Gazaway, Esq.
Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504

_Linda G. Vinson_
Linda G. Vinson

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX