COUNSEL OF RECORD

CASE NO. 05-14427 CI

RECEIVED JAN 2 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

KEEP ON TOP OF FILE

| NAME | MAILING ADDRESS & PHONE NUMBER | FOR WHOM |
|---|---|---|
| Halp Gazaway | 8620 Boundary Anch AK 99504  338-8111 | Plaintiff |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TF-900 (3/00)(5 ½ X 8 ½)(canary cdsk)

Exhibit A Page 1 of 1
Case No. A06- CI