IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

RECEIVED
JAN 25 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

CRAIG McCARTY, )
                              Plaintiff(s), )
vs. )
CENTRAL CAROLINA BANK, )
BANNISTER AND WYATT, LLC, )
JOHN F. WYATT, W.O. BANNISTER, )
AND JOHN DOES I AND II, )   CASE NO. 3AN-05-14427 CI
                              Defendant(s). )

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: __W. O. BANNISTER__

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, __HAL P. GAZAWAY__, whose address is: __8620 Boundary Avenue, Anchorage, AK 99504__.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[XX] This case has been assigned to Superior Court Judge __Stevens__.

[ ] This case has been assigned to District Court Judge _____.

Exhibit __C__ Page __1__ of __3__
Case No. A06- ____ CI

CLERK OF COURT

__Dec 29, 05__                 By: __N Lumpkin__
Date                                         Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (6/99)(st.3)                                                                  Civil Rules 4, 5, 12, 55
SUMMONS

IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

CRAIG McCARTY,

                Plaintiff(s),

vs.

CENTRAL CAROLINA BANK,
BANNISTER AND WYATT, LLC,
JOHN F. WYATT, W.O. BANNISTER,
AND JOHN DOES I AND II
                Defendant(s).

CASE NO. 3AN- 05-14427 Ci

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: **BANNISTER AND WYATT, LLC**

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, **HAL P. GAZAWAY**, whose address is: **8620 Boundary Avenue, Anchorage, AK 99504**.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

### NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[xx] This case has been assigned to Superior Court Judge _Stowers_.

[ ] This case has been assigned to District Court Judge _____.

Exhibit C Page 2 of 3
Case No. A06- ___ CI

CLERK OF COURT

Date: Dec 29, 05

By: _N. Lumpkin_
Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (6/99)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 55

IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

CRAIG McCARTY, )
)
)
)
     Plaintiff(s), )
vs. )
CENTRAL CAROLINA BANK, )
BANNISTER AND WYATT, LLC, )
JOHN F. WYATT, W.O. BANNISTER, )
AND JOHN DOES I AND II, ) CASE NO. 3AN-05-_14427 CI_
     Defendant(s). )
) SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: _JOHN F. WYATT_

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, _HAL P. GAZAWAY_, whose address is: _8620 Boundary Avenue, Anchorage, AK 99504_.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[xx] This case has been assigned to Superior Court Judge _Stowers_.

[ ] This case has been assigned to District Court Judge _____.

Exhibit _C_ Page _3_ of _3_
Case No. _A06-___ CI_

CLERK OF COURT

_Dec 29, 05_    By: _N Lumpkin_
Date                Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (6/99)(st.3)                                      Civil Rules 4, 5, 12, 55
SUMMONS