IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

RECEIVED
JAN 2 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

CRAIG McCARTY, )
)
)
           Plaintiff(s), )
vs. )
CENTRAL CAROLINA BANK, )
BANNISTER AND WYATT, LLC, )
JOHN F. WYATT, W. O. BANNISTER, )
AND JOHN DOES I AND II, )
           Defendant(s). )
)

CASE NO. 3AN-05-_14427G_

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: _CENTRAL CAROLINA BANK_

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, _HAL P. GAZAWAY_, whose address is: _8620 Boundary Avenue, Anchorage, AK 99504_.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[xx] This case has been assigned to Superior Court Judge _Stowers_.

[ ] This case has been assigned to District Court Judge _____.

Exhibit _D_ Page _1_ of _1_
Case No. _A06-_____CI

CLERK OF COURT

_Dec 29, 05_
Date

By: _N. Lumpkin_
Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (6/99)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 55