RECEIVED

JAN 2 5 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Carl Bauman
Alaska Bar No. 7300138
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendants
Bannister and Wyatt, LLC;
John F. Wyatt; O. W. Bannister

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

3:06-CV-00023 TMB

| | |
|---|---|
| CRAIG MCCARTY<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL CAROLINA BANK; BANNISTER AND WYATT, LLC; JOHN F. WYATT; O. W. BANNISTER, JR., and JOHN DOES I and II<br><br>Defendants. | Case No. A06-_____ CI [____] |

### ENTRY OF APPEARANCE

COMES NOW the law firm of HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC and hereby enters its appearance on behalf of defendants Bannister and Wyatt, LLC, John F. Wyatt, and O. W. Bannister. Service may be had on said defendants by delivering mailings or pleadings to the undersigned at 3900 "C" Street, Suite 1001, Anchorage, Alaska 99503.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Entry of Apperance
McCarty v. Central Carolina Bank, et al. / Case No. 3AN-05-7677 CI          Page 1 of 2

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC

Attorneys for Defendants Bannister and Wyatt, LLC, John F. Wyatt, & O. W. Bannister

Dated January 25, 2006     By: _____
Carl Bauman
Alaska Bar No. 7300138

**Certificate of Service**

On the 25th day of January, 2006, a true and correct copy of the foregoing, substantively prepared in font Arial 13, was ☒ mailed ☐ hand-delivered ☐ faxed to:

Hal P. Gazaway, Esq.
Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504

_____
Linda G. Vinson

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX