Carl Bauman
Alaska Bar No. 7300138
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendants
Bannister and Wyatt, LLC;
John F. Wyatt; O. W. Bannister

RECEIVED
JAN 2 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| CRAIG MCCARTY | 3:06-cv-00023 TMB |
| --- | --- |
| Plaintiff, | Case No. A06-_____ CI [____] |
| vs. | |
| CENTRAL CAROLINA BANK; BANNISTER AND WYATT, LLC; JOHN F. WYATT; O. W. BANNISTER, JR., and JOHN DOES I and II | |
| Defendants. | **DEMAND FOR JURY TRIAL** |

COME NOW defendants Bannister and Wyatt, LLC, John F. Wyatt, and O. W. Bannister by and through their attorneys, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and hereby demand a jury trial of all issues so triable.

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

**HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC**

Attorneys for Defendants Bannister and
Wyatt, LLC; John F. Wyatt; & O. W. Bannister

DATED this 25th day of
January, 2006.

By: _____
Carl Bauman
Alaska Bar No. 7300138

**Certificate of Service**

On the 25th day of January, 2006, a true and correct copy of the foregoing, substantively prepared in font Arial 13,
was ☒ mailed ☐ hand-delivered ☐ faxed to:

Hal P. Gazaway, Esq.
Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504

_____
Linda G. Vinson

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX