RECEIVED
JAN 2 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Carl Bauman
Alaska Bar No. 7300138
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendants
Bannister and Wyatt, LLC;
John F. Wyatt; O. W. Bannister

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG MCCARTY<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL CAROLINA BANK; BANNISTER AND WYATT, LLC; JOHN F. WYATT; O. W. BANNISTER, JR., and JOHN DOES I and II<br><br>Defendants. | 3:06-cv-00023 TMB<br>Case No. A06-_____ CI [ ]<br><br><br><br><br><br>**SERVICE LIST OF ALL PARTIES** |

COME NOW defendants Bannister and Wyatt, LLC, John F. Wyatt, and O. W. Bannister, by and through counsel, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and provide the service list attached hereto as Exhibit A, for that certain action that was commenced against defendants in the Superior Court for

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

the State of Alaska at Anchorage, entitled CRAIG MCCARTY, Plaintiff, vs. CENTRAL CAROLINA BANK; BANNISTER AND WYATT, LLC; JOHN F. WYATT; W.O. (sic, O.W.) BANNISTER, JR., and JOHN DOES I and II, Defendants; Case No. 3AN-05-14427 Civil.

          HUGHES BAUMAN PFIFFNER
          GORSKI & SEEDORF, LLC

          Attorneys for Defendants Bannister and Wyatt, LLC, John F. Wyatt, & O. W. Bannister

Dated January 25, 2006    By: _____
                                   Carl Bauman
                                   Alaska Bar No. 7300138

**Certificate of Service**

On the 25th day of January, 2006, a true and correct copy of the foregoing, substantively prepared in font Arial 13,
was ☒ mailed ☐ ~~hand-delivered~~ ☐ ~~faxed to~~:

Hal P. Gazaway, Esq.
Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504

_____
Linda G. Vinson

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX