## EXHIBIT A

CRAIG MCCARTY, Plaintiff,

vs.

CENTRAL CAROLINA BANK; . BANNISTER AND WYATT, LLC; JOHN F. WYATT; O. W. BANNISTER, JR., and JOHN DOES I and II Defendants.

Case No. 3AN-05-14427 Civil

Plaintiffs CRAIG MCCARTY:

Hal P. Gazaway, Esq.
Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504

Defendants BANNISTER AND WYATT, LLC; JOHN F. WYATT; O. W. BANNISTER, JR.:  (No Entry of Appearance to Date)

Carl Bauman
Alaska Bar No. 7300138
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503

Defendant CENTRAL CAROLINA BANK:

No entry of appearance.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Exhibit A to Service List of All Parties
McCarty v. Central Carolina Bank, et al. / Case No. 3AN-05-7677 CI          Page 1 of 1