Carl Bauman
Alaska Bar No. 7300138
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 "C" Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number: (907) 274-7522
Facsimile Number:  (907) 263-8320

Attorneys for Defendants
Bannister and Wyatt, LLC;
John F. Wyatt; & O. W. Bannister

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CRAIG MCCARTY,

        Plaintiff,

vs.

CENTRAL CAROLINA BANK;
BANNISTER AND WYATT, LLC; JOHN
F. WYATT; O. W. BANNISTER, JR.,
and JOHN DOES I and II,

        Defendants.

Case No. A06-00023 CI [TMB]

**AFFIDAVIT IN SUPPORT OF MOTION
TO DISMISS FOR LACK OF
PERSONAL JURISDICTION**

STATE OF SOUTH CAROLINA

GREENVILLE COUNTY

ss.

    I, O.W. Bannister, Jr., being first duly sworn on oath, depose and state:

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
. (907) 263-8320 FAX

1.     I am one of the defendants in the above-entitled action.  I make this affidavit of my own free will, being of sound mind and personally knowledgeable of the facts set forth herein.

2.     I am an attorney admitted to practice law in South Carolina.

3.     I am one of the member owners of Bannister and Wyatt, LLC.

4.     Bannister and Wyatt, LLC, is a limited liability company formed in South Carolina.  Our office is located in Greenville, South Carolina.

5.     Neither Bannister and Wyatt, LLC, nor any of the attorneys in the firm are admitted to practice law in the State of Alaska.

6.     Neither Bannister and Wyatt, LLC, nor any of the attorneys in the firm solicit business in Alaska.

7.     Neither Bannister and Wyatt, LLC, nor any of the attorneys in the firm provide products, materials, or services in the State of Alaska.

8.     Neither Bannister and Wyatt, LLC, nor any of the attorneys in the firm regularly travel to Alaska for business.

9.     I have reviewed the Motion and Memorandum To Dismiss for Lack of Personal Jurisdiction to be filed on our behalf in this case.  I personally attest to the accuracy of the factual allegations therein regarding Bannister and Wyatt, LLC, and the attorneys in the firm, including John F. Wyatt and me.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

10.    Neither Bannister and Wyatt, LLC, nor any of the attorneys in the firm foresaw that we would be subject to personal jurisdiction in Alaska by accepting funds from an Alaska resident on behalf of one of our South Carolina clients.

11.    Neither Bannister and Wyatt, LLC, nor any of the attorneys in the firm have an attorney client relationship with the plaintiff, Craig McCarty.

FURTHER YOUR AFFIANT SAITH NAUGHT.

_O.W. Bannister_
O.W. Bannister, Jr.

SUBSCRIBED and SWORN to before me this 27th __th day of January 2006.

_Margo S. Green_
Notary Public in and for South Carolina
My Commission expires:    01-29-2011

**Certificate of Service**

On the 27th day of January, 2006, a true and correct copy
of the foregoing, substantively prepared in font Arial 13,
was mailed, postage prepaid, to:

Hal P. Gazaway, Esq.
Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504

_Linda G. Vinson_
Linda G. Vinson

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Affidavit of O.W. Bannister, Jr.
McCarty v. Central Carolina Bank, et al. / Case No. 3AN-05-7677 CI                    Page 3 of 3