Carl Bauman
Alaska Bar No. 7300138
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 "C" Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number: (907) 274-7522
Facsimile Number:  (907) 263-8320

Attorneys for Defendants
Bannister and Wyatt, LLC;
John F. Wyatt; & O. W. Bannister

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG MCCARTY,<br><br>      Plaintiff,<br><br>vs.<br><br>CENTRAL CAROLINA BANK; BANNISTER AND WYATT, LLC; JOHN F. WYATT; O. W. BANNISTER, JR., and JOHN DOES I and II,<br><br>      Defendants. | Case No. 3:06-cv-00023-TMB<br><br><br>**ERRATA TO<br>PROPOSED ORDER OF DISMISSAL<br>WITHOUT PREJUDICE** |

      Defendants Bannister and Wyatt, LLC, John F. Wyatt, and O. W. Bannister, by and through their counsel of record, resubmit a proposed Order of Dismissal Without Prejudice, originally filed at Docket 9 on January 27, 2006. Unfortunately, through lack of experience with nuances of the new e-filing

system, Docket 9 inadvertently contained documents not associated with the above-captioned matter. In addition, the proposed Order did not refer to Civil Rule 12(b). Therefore, a corrected proposed order is submitted herewith and will be linked to Docket 7 in the case.

                          HUGHES BAUMAN PFIFFNER
                          GORSKI & SEEDORF, LLC

                          Attorneys for Defendants Bannister and Wyatt, LLC,
                          John F. Wyatt, and O. W. Bannister

DATED February 9, 2006        By:  /s/ Carl Bauman
                                            Carl Bauman
                                            Alaska Bar No. 7300138
                                            3900 "C" Street, Suite 1001
                                            Anchorage, Alaska  99503
                                            Telephone Number: (907) 274-7522
                                            Facsimile Number:  (907) 263-8320

**Certificate of Service**

On the 9th day of February, 2006, a true and correct copy
of the foregoing, substantively prepared in font Arial 13,
was mailed, postage prepaid, to:

Hal P. Gazaway, Esq.
Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504

/s/ Carl Bauman
_____

Carl Bauman