Carl Bauman
Alaska Bar No. 7300138
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendants
Bannister and Wyatt, LLC;
John F. Wyatt; & O. W. Bannister

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG MCCARTY,<br><br>        Plaintiff,<br><br>vs.<br><br>CENTRAL CAROLINA BANK; BANNISTER AND WYATT, LLC; JOHN F. WYATT; O. W. BANNISTER, JR., and JOHN DOES I and II,<br><br>        Defendants. | Case No. 3:06-cv-00023-TMB<br><br><br><br><br><br><br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 12(b), based on the motion to dismiss for lack of personal jurisdiction by defendants Bannister and Wyatt, LLC, John F. Wyatt, and O. W. Bannister and the court's consideration of the facts and arguments pertaining thereto, IT IS HEREBY ORDERED that this case is

dismissed for lack of personal jurisdiction over the defendants, residents of South Carolina who do not do business in Alaska and who do not have sufficient contacts with Alaska to support the exercise of personal jurisdiction by courts in Alaska under the Alaska long-arm statute, AS 09.05.015, or the due process clause of the Fourteenth Amendment to the United States Constitution.  The dismissal is without prejudice.


DATED _____, 2006        By: _____
                                                              The Honorable Timothy M. Burgess
                                                              United States District Court Judge


**Certificate of Service and Font**

On the _____ day of February, 2006, a true and
correct copy of the foregoing proposed order,
substantively prepared in font Arial 13, was mailed, postage prepaid, to:

Hal P. Gazaway, Esq.
Law Offices of Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504

   /s/ Carl Bauman
_____
Carl Bauman