Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

RECEIVED
FEB 13 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CENTRAL CAROLINA BANK, ) <br> BANNISTER AND WYATT, LLC, ) <br> JOHN F. WYATT, ) <br> JOHN DOES I and II, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. A06-00023 CI (TMB) <br><br> **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME UNTIL FEBRUARY 17, 2006 TO OPPOSE DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

COMES NOW plaintiff Craig McCarty, by and through his counsel of record, and moves for an extension of time until February 17, 2006 to file his opposition to defendant's motion to dismiss for lack of personal jurisdiction.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

Counsel has spoken with defense counsel who states there is no objection to plaintiff's motion.

DATED this 10th day of February, 2006.

                HAL P. GAZAWAY, P.C.
                Attorney for Plaintiff

By: _____
Hal P. Gazaway
Alaska Bar No. 7410077

**CERTIFICATE OF SERVICE**

I certify that the foregoing PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME UNTIL February 17, 2006 TO OPPOSE DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION was mailed / faxed / hand delivered to the following attorney(s) or parties of record addressed as follows:

Carl Bauman
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street Suite 1001
Anchorage, Alaska 95903

DATED this 10th day of February, 2006.

_____
Brenda J. Faust  Velda J. Rolando
Legal Assistant to Hal P. Gazaway, P.C.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRAL CAROLINA BANK, Case No. A06-00023 CI (TMB)
PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
Page 2 of 2