IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED
FEB 1 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

CRAIG McCARTY, )
)
       Plaintiff, )
)
vs. )
)
CENTRAL CAROLINA BANK, )
BANNISTER AND WYATT, LLC, )
JOHN F. WYATT, )
JOHN DOES I and II, )
)
       Defendants. )
_____)  Case No. A06-00023 CI (TMB)

**ORDER**

PLAINTIFF'S unopposed motion for an extension of time to file his opposition to the motion to dismiss has come before the court.

PLAINTIFF may have until February 17, 2006 to file his opposition to defendant's motion to dismiss.

DATED at Anchorage, Alaska, this ____ day of February, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax