Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

**RECEIVED**
**FEB 17 2006**
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY,<br><br>   Plaintiff,<br><br>vs.<br><br>CENTRAL CAROLINA BANK,<br>BANNISTER AND WYATT, LLC,<br>JOHN F. WYATT, W. O.<br>BANNISTER, JR., and<br>JOHN DOES I and II,<br><br>   Defendants. | Case No. A06-00023 CI (TMB)<br><br>**AFFIDAVIT OF CRAIG McCARTY** |

STATE OF ALASKA  )
          ) ss.
THIRD JUDICIAL DISTRICT )

  Craig McCarty, being first duly sworn upon oath, deposes and states:

  1. I am the plaintiff in the above-captioned action and make these statements of my own personal knowledge.

  2. In December 2004, my grandmother, Marie McCarty,

**HAL P. GAZAWAY, P.C.**
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

told me she might lose the home my grandfather and her had lived in for many years.

3. Several years ago my grandfather had passed away and left her with a house and some land in South Carolina. This home had been their family home since before I was born.

4. Over ten years ago James D. McCarty, moved to South Carolina. My grandmother had conveyed an interest in the land her son, James D. McCarty.

5. During the succeeding years, the property had been encumbered by certain deeds of trust and a lien. At the time of my grandmother's telephone call, she told me several deeds of trust had been filed against the property. My father had died and she did not have enough income to pay the deed of trust payments. I told her I would look to see what I could do.

6. From my office in Anchorage, Alaska, I placed a call to the lender who now held the first and second deed of trust notes secured by the property, Central Carolina Bank, in Nashville, Tennessee. The bank officer I spoke with was John Vernon. We discussed the possibility that I might purchase the two deed of trust notes. Mr. Vernon said if I purchased the notes, it would solve a problem the bank had on foreclosing on my grandmother. They did not want to foreclose on an 85 year old widow.

7. I placed a telephone call to Eston W. Page, an

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRAL CAROLINA BANK, Case No. AO6-00023 CI (TMB)
AFFIDAVIT OF CRAIG McCARTY
Page 2 of 8

attorney who represented my grandmother and grandfather. He checked on the status of recorded encumbrances against the property. He advised of three mortgages secured by the property and a judgment lien in favor of Oscar Sullivan. (Exhibit 1) I learned from my grandmother that Oscar Sullivan was the man who Jim McCarty's third wife moved in with when she left him.

8.  Mr. Page suggested because of all the encumbrances against the property that I not pay to cure the default. He suggested instead that I offer to purchase the two deeds of trust notes in favor of Heritage Federal Bank that had been assigned to Central Carolina Bank. This would give me a secured position for the money I was paying and place me in first/second position.

9.  After I received the correspondence from Eston Page, I placed a couple more calls from my office in Anchorage to Mr. Vernon in Nashville, Tennessee. During one of our telephone discussions, Mr. Vernon advised me the matter had already been turned over to Central Carolina Bank's attorneys in South Carolina. Mr. Vernon provided me with the pay off amounts for both deeds of trust notes. (Exhibit 2 and 3) The notes apparently are those of Mr. Vernon.

10. After I received the payoff figures, I mailed a formal offer to purchase the two deed of trust notes. (Exhibit 4) Mr. Vernon suggested I call the bank's attorney in South Carolina and they would draft the documents for the sale of the

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRAL CAROLINA BANK, Case No. A06-00023 CI (TMB)
AFFIDAVIT OF CRAIG McCARTY
Page 3 of 8

deed of trust notes.

11. From Anchorage, Alaska, I called Bannister & Wyatt. I left a message for John F. Wyatt, the attorney Mr. Vernon asked me to call. Sean McElveen returned my telephone call to me in Anchorage. Bannister & Wyatt is a law firm in Greenville, South Carolina. I understood Mr. McElveen was a paralegal assisting John F. Wyatt.

12. Mr. Vernon had previously said the Bank would sell the First Deed of Trust Note for Loan Number 607030241, for the sales price of $13,459.09 and the Second Deed of Trust Note, from Central Carolina Bank for the sales price of $9,924.31 for a total sales price of $25,232.23. Mr. Vernon advised Bannister & Wyatt would prepare the necessary documents for the transaction.

13. On January 19, 2005, Sean McElveen sent a letter to me in Anchorage, Alaska, by e-mail. This e-mail on its face stated I would pay $25,232.23 to purchase the two deeds of trust. It made certain recommendations. However, the two letters attached referred to a pay off amount. (Exhibit 5)

14. From Anchorage, Alaska, I placed another telephone call to Bannister & Wyatt. I again talked to Mr. McElveen. Mr. Wyatt was not available. I pointed out to Mr. McElveen, I did not want to pay off the loans, I wanted to purchase the deed of trust notes. He agreed that had been our agreement and

McCARTY v CENTRAL CAROLINA BANK, Case No. A06-00023 CI (TMB)
AFFIDAVIT OF CRAIG McCARTY
Page 4 of 8

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

apologized for the oversight. He would send the necessary documents to correct the problem.

15. On January 20, 2005, Bannister & Wyatt e-mailed a letter on Bannister & Wyatt letterhead over a signature block for John Wyatt. (Exhibit 6) This e-mail included the two letters corrected to refer to assigning the two notes.

16. A letter of January 21, 2005 sent to my attorney confirmed our agreement. It stated I would pay the sum of $25,232.23 into the trust account of Bannister & Wyatt, Trust Account No. 0102917839 (Exhibit 7).

17. I then acted in reliance on this agreement. I specifically instructed Mr. McElveen the money would only be disbursed from the Bannister & Wyatt trust account in exchange for the assignment of the deed of trust notes. On January 21, 2005, my wife Sherrie McCarty, instructed our bank, Key Bank of Anchorage, Alaska, to wire transfer $25,232.23 to Bannister & Wyatt's trust account, Account No. 0102917838 in their bank in South Carolina. (Exhibit 8) Our e-mail message also made it clear we had agreed to an assignment of the notes. (Exhibit 9)

18. When I did not receive the documents ten days later, I sent an e-mail to Bannister & Wyatt. Mr. McElveen advised he sent the assignment the day after the wire transfer. (Exhibit 10)

19. At no time prior to January 21, 2005, did John F.

Wyatt, Sean McElveen, W. O. Bannister, or anyone else at Bannister & Wyatt advise me that on September 9, 2004, W. O. Bannister and Bannister & Wyatt had obtained a judgment on behalf of Oscar Sullivan and that such judgment became a judgment lien against the property which secured the two deed of trust notes.

20.  Had I been advised Bannister & Wyatt and/or another of their clients had a direct financial interest in me paying off the deed of trust notes in first and second position, and not merely purchasing them, I would have requested that we use an escrow service.

21.  I have since learned on October 23, 2003, "Bill" Bannister of the firm of Bannister & Wyatt represented Oscar Sullivan in a one-day trial in the Magistrate Court of Laurens County, South Carolina which resulted in a verdict of not guilt. (Exhibit 11)

22.  On December 8, 2003, Bannister & Wyatt filed a return of service which purported to serve James David McCarty with the summons and complaint. (Exhibit 12) This claimed to have served James David McCarty by serving Marie McCarty as his "wife". Marie McCarty is the mother of James David McCarty.

23.  On February 2, 2004, O. W. Bannister, Jr. filed an affidavit of default which asserted James David McCarty was duly served. (Exhibit 13)

24.  On September 9, 2004, the Court of Common Pleas

McCARTY v CENTRAL CAROLINA BANK, Case No. A06-00023 CI (TMB)
AFFIDAVIT OF CRAIG McCARTY
Page 6 of 8

for the County of Laurens, South Carolina entered judgment against James David McCarty and Marie McCarty in the amount of $35,000. The judgment reflects that the plaintiff's attorney was O. W. Bannister, Esq. (Exhibit 14)

25. James David McCarty had died in June 2004.

26. At no time during my discussions and correspondence with Bannister & Wyatt during January 2005, did anyone from that law firm advise me that four months earlier that law firm had obtained a judgment against James David McCarty and Marie McCarty for $35,000. That as a result of that judgment, they and their client, held a judgment lien against the property.

27. At all times during my discussions with Central Carolina Bank and Bannister & Wyatt, I was located in Anchorage, Alaska. We transferred the money from our Alaskan bank account.

Further your affiant sayeth naught.


Craig McCarty

SUBSCRIBED and SWORN to before me this 17 day of February, 2006.



Danielle L Kaple
Notary Public in and for Alaska
My Commission Expires: 8-1-07

**CERTIFICATE OF SERVICE**

I certify that the foregoing AFFIDAVIT OF CRAIG McCARTY

McCARTY v CENTRAL CAROLINA BANK, Case No. A06-00023 CI (TMB)
AFFIDAVIT OF CRAIG McCARTY
Page 7 of 8

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

was mailed / faxed / hand delivered to the following attorney(s) or parties of record addressed as follows:

Carl Bauman
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street Suite 1001
Anchorage, Alaska 95903

DATED this 17th day of February, 2006.

_____
Brenda J. Faust
Legal Assistant to Hal P. Gazaway, P.C.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRAL CAROLINA BANK, Case No. A06-00023 CI (TMB)
AFFIDAVIT OF CRAIG McCARTY
Page 8 of 8