**ESTON W. PAGE**
**ATTORNEY AT LAW**
**118 West Main Street**
**Post Office Box 909**
**Laurens, SC 29360**

**Laurens : (864) 984-6722**            **Ware Shoals: (864) 456-2725**
**Fax:       (864) 984-6011**

January 3, 2005

MR. CRAIG MCCARTY

TELEFAX # 907-522-1586

DEAR CRAIG:

    I APOLOGIZE FOR THE DELAY IN GETTING THIS TO YOU. THERE ARE 3 MORTGAGES:

TO.  HERITAGE FEDERAL FILED 4/10/92 IN BOOK 308 AT PAGE 159, $50,000.00.

TO.  HERITAGE FEDERAL FILED 6/4/99 IN BOOK 769 AT PAGE 154, $20,000.00

TO.  GMAC- DITECK FILED 9/20/01 IN BOOK 968 AT PAGE 399, 44,600.00

    JUDGEMENT IN FAVOR OF OSCAR SULLIVAN IN JUDGEMENT ROLL 60694, 29,000.00

IF YOU HAVE ANY QUESTIONS ABOUT THESE, PLEASE CALL.

CORDIALLY,

ESTON W PAGE

907-523-1896

CRAIG McCarthy

@001

864-331-0245
2 PGS

60 7030281

PAYOFF STATEMENT GOOD THROUGH **01/15/05**

| | | | | |
|---|---|---|---|---|
| PRINCIPAL BALANCE | 12,903.56 | | | |
| INTEREST DUE | 682.81 | FROM 05/01/04 | TO | 01/15/05 |
| ESCROW DUE | 0.00 | | | |
| LATE CHARGES DUE | 185.94 | | | |
| MORTGAGE INS | 0.00 | | | |
| FEES DUE | 0.00 | | | |
| PAYOFF FEES | 15.00 | | | |
| PREPAYMENT PENALTY | 0.00 | | | |

PAYOFF BALANCE              13,787.31

PAYOFF FEE ITEMIZATION

| | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| SUBSIDY REFUND | 0.00 | **PAYOFF FAX FEE** | 15.00 |
| UNAPPLIED REFUND | 328.22 | | .00 |
| ESCROW REFUND | 0.00 | | .00 |
| | | | .00 |
| TOTAL PAYOFF DUE | -13,459.09 | | .00 |
| | | | .00 |
| | | | .00 |

| | |
|---|---|
| INTEREST RATE | 07.50000 |
| INTEREST PER DIEM | 2.6882416 |
| A LATE CHARGE OF | 20.66 MAY BE ASSESSED 15 DAYS AFTER EACH DUE DATE. |

McCarthy

# 1 st

McCARTY v CENTRAL CAROLINA
BANK, Case No. A06-00023 CI (TMB)
Affidavit of Craig McCarty, Exhibit 2

607048556

PAYOFF STATEMENT GOOD THROUGH 01/15/05

| | | | | |
|---|---|---|---|---|
| PRINCIPAL BALANCE | 9,420.93 | | | |
| INTEREST DUE | 527.57 | FROM 06/01/04 | TO | 01/15/05 |
| ESCROW DUE | 0.00 | | | |
| LATE CHARGES DUE | 102.55 | | | |
| MORTGAGE INS | 0.00 | | | |
| FEES DUE | 0.00 | | | |
| PAYOFF FEES | 15.00 | | | |
| PREPAYMENT PENALTY | 0.00 | | | |

PAYOFF BALANCE          10,066.05

PAYOFF FEE ITEMIZATION

| | | DESCRIPTION | AMOUNT |
|---|---|---|---|
| SUBSIDY REFUND | 0.00 | PAYOFF FAX FEE | 15.00 |
| UNAPPLIED REFUND | 141.74 | | .00 |
| ESCROW REFUND | 0.00 | | .00 |
| | | | .00 |
| TOTAL PAYOFF DUE | 9,924.31 | | .00 |
| | | | .00 |
| | | | .00 |

INTEREST RATE          09.00000
INTEREST PER DIEM       2.3552325
A LATE CHARGE OF       14.65 MAY BE ASSESSED 15 DAYS AFTER EACH DUE DATE.

McCARTY v CENTRAL CAROLINA
BANK, Case No. A06-00023 CI (TMB)
Affidavit of Craig McCarty, Exhibit 3

McCarty Properties
7049 Arctic Boulevard
Anchorage Alaska 99518
(907) 522-3949
(907) 522-1586 fax

January 4th, 2005

Re: Assignment Purchase:
First Mortgage # 607030241 $13,459.09
Second Mortgage #607048556 $9,924.31

John Vernon
Central Carolina Bank
Division of National Bank OF Commerce
309 Monroe Ave.
Memphis, TN. 38013

Dear Mr. Vernon

    This letter should serve as my formal offer to purchase the 1st Deed of Trust account 607030241 $13,459.09 and the 2nd Deed of Trust $ 9,924.31 total of both $23,383.40. The property address I show is 992 Davis Road Ware Shoals, SC 29692. My research shows that your bank as the current owner of interest.

    The first note was filed by Heritage Federal 4/10/92 in book 308 at page 159, original amount of $50,000. The second note was filed 6/4/99 in book 769 at page 154, original amount $20,000.

    Upon accepting my offer and receiving from you a copy of the current loan documents and file, I will provide certified funds in the amount of $23,383.40. I understand that there is to be a balance owing for Attorney fees and costs from the current foreclosure file. I will offer to pay those costs up to the amount of estimate at $2500.00

    I look forward to hearing from you. Thank You.

Sincerely

Craig McCarty

McCARTY v CENTRAL CAROLINA
BANK, Case No. A06-00023 CI (TMB)
Affidavit of Craig McCarty, Exhibit 4



LAW OFFICES

## BANNISTER & WYATT, L.L.C.

ATTORNEYS AT LAW
401 Pettigru Street
P. O. BOX 10007
GREENVILLE, SOUTH CAROLINA 29603
TELEPHONE: (864) 298-0084
TELECOPIER (864) 298-0146

O. W. BANNISTER, JR.
JOHN F. WYATT

JAMES W. BANNISTER
BRUCE W. BANNISTER

# Fax Cover

| Date: | 1/19/05 | Time: | 12:00 P.M. |
|---|---|---|---|
| To: | Craig McCarty | Fax No. | 1-907-522-1586 |
| From: | Sean McElveen /for John Wyatt | Re: | McCarty-Note Purchases |
| Comments: | Mr. McCarty, | | |

**Comments:** Mr. McCarty,

As per our telephone conversation, please find attached the quotes to purchase the respective notes for the accounts. This process will allow you to become the note holder. We strongly suggest once you become the note holder, that you have these documents recorded and made of public record. We will coordinate with your attorney to do this, upon your request. If you prefer to wire the money directly to our account, please e-mail me at sean@bannisterwyatt.com for the wiring instructions. Thanks and call or e-mail if you have any questions.

Cordially,

Sean McElveen

Foreclosure Specialist

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank You.

| Total number of pages to include fax cover page: | 3 |
|---|---|

**If you did not receive all of the pages, please call**
**Sean McElveen**

**at (864) 298-0084**

LAW OFFICES
# BANNISTER & WYATT, L.L.C.
ATTORNEYS AT LAW
401 Pettigru Street
P. O. BOX 10007
GREENVILLE, SOUTH CAROLINA 29603
TELEPHONE (864) 298-0084
TELECOPIER (864) 298-0146

O. W. BANNISTER, JR.
JOHN F. WYATT

JAMES W. BANNISTER
BRUCE W. BANNISTER

January 19, 2005

VIA FACSIMILE TO: Craig McCarty @ McCarty Properties: (907) 522-1586

James D. & Marie McCarty
Route 1 Box 303
Marietta, SC 29661

Re:    Name of Creditor -Central Carolina Bank
       Loan # 607048556
       Borrower(s): James D. & Marie L. McCarty
       Total Payoff Amount as of January 21, 2005: $10,826.81 (*See below notation)
       Payoff Amount Due Lender as of January 21, 2005: $9,924.31
            plus $902.50 in attorney's fees and costs

**FUNDS MUST BE CASH OR CERTIFIED FUNDS PAYABLE TO BANNISTER & WYATT, LLC AS ATTORNEY FOR CENTRAL CAROLINA BANK. WE WILL ACCEPT YOUR FIRM'S CHECK FOR CERTIFIED FUNDS**

Dear Mr. McCarty:

     You have recently requested payoff figures on the above-noted mortgage. The figures you requested are as follows: * Payoff Amount Due Lender as of January 21, 2005: $9,924.31 plus $902.50 in attorney's fees and costs) Total payoff amount as of January 21, 2005 is $10,826.81

     *PLEASE BE ADVISED THAT OTHER ACTIONS TO COLLECT THIS DEBT SHALL NOT BE DELAYED BY THIS NOTICE. Notification of the payoff amount will not stop any foreclosure hearing or sale.*

*PLEASE NOTE:*

The above notated costs will continue to accumulate in this matter until such time as we have received total payoff figures from your firm. Therefore, *please contact our office prior to bringing in any funds to verify the exact amount.*

     Should you have any questions, please feel free to contact our office at (864) 298-0084. Thank you.

                                   Sincerely,
                                   BANNISTER & WYATT, LLC

                                   By: _John F. Wyatt_

JFW/scm

LAW OFFICES

# BANNISTER & WYATT, L.L.C.

ATTORNEYS AT LAW

401 Pettigru Street
P. O. BOX 10007
GREENVILLE, SOUTH CAROLINA 29603
TELEPHONE (864) 298-0084
TELECOPIER (864) 298-0146

O. W. BANNISTER, JR.                                                    JAMES W BANNISTER
JOHN F. WYATT                                                          BRUCE W BANNISTER

January 19, 2005

VIA FACSIMILE TO: Craig McCarty @ McCarty Properties: (907) 522-1586

James D. & Marie McCarty
Route 1 Box 303
Marietta, SC 29661

  Re: Name of Creditor -Central Carolina Bank
    Loan # 607030241
    Borrower(s): James D. & Marie L. McCarty
    **Total Payoff Amount as of January 21, 2005: $14,405.42 (*See below notation)**
    Payoff Amount Due Lender as of January 21, 2005: $13,477.92
      plus $927.50 in attorney's fees and costs

**FUNDS MUST BE CASH OR CERTIFIED FUNDS PAYABLE TO BANNISTER & WYATT, LLC AS ATTORNEY FOR CENTRAL CAROLINA BANK. WE WILL ACCEPT YOUR FIRM'S CHECK FOR CERTIFIED FUNDS**

Dear Mr. McCarty:

  You have recently requested payoff figures on the above-noted mortgage. The figures you requested are as follows: * Payoff Amount Due Lender as of **January 21, 2005**: $13,477.92 plus $927.50 in attorney's fees and costs) Total payoff amount as of January 21, 2005 is **$14,405.42**

  ***PLEASE BE ADVISED THAT OTHER ACTIONS TO COLLECT THIS DEBT SHALL NOT BE DELAYED BY THIS NOTICE.  Notification of the payoff amount will not stop any foreclosure hearing or sale.***

**PLEASE NOTE:**

The above notated costs will continue to accumulate in this matter until such time as we have received total payoff figures from your firm. Therefore, ***please contact our office prior to bringing in any funds to verify the exact amount.***

  Should you have any questions, please feel free to contact our office at (864) 298-0084. Thank you.

      Sincerely,
      BANNISTER & WYATT, LLC

      By: _____
        John F. Wyatt

JFW/scm

    McCARTY v CENTRAL CAROLINA
    BANK, Case No. A06-00023 CI (TMB)
    Affidavit of Craig McCarty, Exhibit 5
    Page 3 of 3


## bulbman

**From:** "Sean McElveen" <sean@bannisterwyatt.com>
**To:** "Bulbman" <bulbman@arctic.net>
**Sent:** Thursday, January 20, 2005 6:02 AM
**Attach:** assignment letter to McCarty 1-05 2nd loan.doc; assignment letter to McCarty 1-05 1st loan.doc
**Subject:** RE: mccarty assignment purchase

Mr. McCarty,

I apologize for using the "payoff" form letter after we specifically spoke about having the notes assigned to you. Please find the edited letters attached. Reply back if you have any other questions. Thanks,

Sean McElveen
Paralegal
Bannister & Wyatt, LLC
PO Box 10007
401 Pettigru Street
Greenville, SC 29603
(864) 298-0084
sean@bannisterwyatt.com

**From:** Bulbman [mailto:bulbman@arctic.net]
**Sent:** Wednesday, January 19, 2005 10:40 PM
**To:** Sean McElveen
**Subject:** mccarty assignment purchase

Sean
     I am in receipt of your fax dated January 19, 2005. Your correspondence refers to a payoff amount. The agreement should be changed to an assignment purchase of the notes. I would like to make the purchase by Friday January 21, 2005 as to keep with the current quote. If you could make those changes and fax me back a.s.a.p. (907) 522-1586 or if you prefer email

Thank you
Craig McCarty

LAW OFFICES

# BANNISTER & WYATT, L.L.C.

ATTORNEYS AT LAW

401 Pettigru Street
P. O. BOX 10007
GREENVILLE, SOUTH CAROLINA 29603
TELEPHONE (864) 298-0084
TELECOPIER (864) 298-0146

O. W. BANNISTER, JR.                                                                    JAMES W. BANNISTER
JOHN F. WYATT                                                                            BRUCE W. BANNISTER

January 19, 2005

VIA FACSIMILE TO: Craig McCarty @ McCarty Properties: (907) 522-1586

James D. & Marie McCarty
Route 1 Box 303
Marietta, SC  29661

>       Re:     Name of Creditor -Central Carolina Bank
>               Loan # 607048556
>               Borrower(s): James D. & Marie L. McCarty
>               **Total Amount due for Assignment as of January 21, 2005: <u>$10,826.81</u> (\*See below notation)**
>               Amount Due for Assignment **as of January 21, 2005:** $9,924.31
>                       plus $902.50 in attorney's fees and costs

**FUNDS MUST BE CASH OR CERTIFIED FUNDS PAYABLE TO BANNISTER & WYATT, LLC AS ATTORNEY FOR CENTRAL CAROLINA BANK.  WE WILL ACCEPT YOUR FIRM'S CHECK FOR CERTIFIED FUNDS**

Dear Mr. McCarty:

You have recently requested figures to have the above-noted mortgage assigned to you.  The figures you requested are as follows: \*Amount Due Lender for Assignment **as of January 21, 2005:** $9,924.31 plus $902.50 in attorney's fees and costs) **Total amount due for Assignment as of January 21, 2005 is <u>$10,826.81</u>**

*<u>PLEASE BE ADVISED THAT OTHER ACTIONS TO COLLECT THIS DEBT SHALL NOT BE DELAYED BY THIS NOTICE.   Notification of the assignment amount will not stop any foreclosure hearing or sale.</u>*

*<u>PLEASE NOTE:</u>*

The above notated costs will continue to accumulate in this matter until such time as we have received total figures for the Assignment from your firm.  Therefore, *<u>please contact our office prior to bringing in any funds to verify the exact amount.</u>*

Should you have any questions, please feel free to contact our office at (864) 298-0084.  Thank you.

>               Sincerely,
>               BANNISTER & WYATT, LLC
>
>
>               By: _____
>                     John F. Wyatt

JFW/scm

McCARTY v CENTRAL CAROLINA
BANK, Case No. A06-00023 CI (TMB)
Affidavit of Craig McCarty, Exhibit 6
Page 3 of 3

01-21-'05 01:47 FROM-                                                    T-445   P001/001 F-782

LAW OFFICES
## BANNISTER & WYATT, L.L.C.
ATTORNEYS AT LAW
301 Pettigru Street
P. O. BOX 10007
GREENVILLE, SOUTH CAROLINA 29603
TELEPHONE: (864) 298-0084
TELECOPIER (864) 298-0146

O. W. BANNISTER, JR.                                              JAMES W. BANNISTER
JOHN F. WYATT                                                    BRUCE W. BANNISTER

## Fax Cover

| Date: | 1/21/05 | Time: | 9:00 A.M. EST |
|---|---|---|---|
| To: | Hal Gassaway | Fax No. | 1-907-338-8118 |
| From: | Sean McElveen / for John Wyatt | Re: | Wiring Instructions |
| Comments: | Here are the wiring instructions for our Trust Account: | | |

Here are the wiring instructions for our Trust Account:

053100465 ABA Routing Number
0102917839-Account Number

The total amount between both accounts came to: $25,232.23

If you have any questions, please call me. Thanks,

Sean McElveen
Foreclosure Specialist
Bannister & Wyatt, LLC

$ 25,232.23
20.— fee

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

| Total number of pages to include fax cover page: | 1 |
|---|---|

### If you did not receive all of the pages, please call
### Sean McElveen

### at  (864) 298-0084

McCARTY v CENTRAL CAROLINA
BANK, Case No. A06-00023 CI (TMB)
Affidavit of Craig McCarty, Exhibit 7

| Office Use | |

| Originator's Name (by order of) | Originator's Social Security No. / TIN |
|---|---|
| Sherrie L. McCarty | 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 |
| Originator's Full Address | Originator's Telephone No. |
| 7049 Arctic Blvd Anchorage, AC 99518 | 907-522-3949 |
| Requester's Name (if different form Originator) | Requester's Social Security No. / TIN |
| | |
| Requester's Full Address | Requester's Telephone No. |

| Established Customer | Originator Authorized on Account? | Requester Authorized on Account? | Photo ID Required | Type |
|---|---|---|---|---|
| Acct. No. 720132017230 | ☐ Yes If no, do not proceed | ☐ Yes If no, do not proceed | No. 5168380 | Drivi License Exp. Date 11/06 |

**Source of Funds:** ☐ Cash ☐ Check Funds Credited to Wire Clearing GL Acct.? ☐ Yes

☒ Debit Acct. No. 720132017230   Available Collected Balance $ 29,086.60   Verified By (Initials)

**Call Back Verification Notes:** ☐ Phone/Voice Recognition ☐ Fax ☐ Mail   Date ___ Time ___ Contact Name ___   Verified By (Initials)

| Type of Foreign Currency | Foreign Amount | Exchange Rate | U.S. $ Amount | + Wire Fee | = Total Debit / Credit |
|---|---|---|---|---|---|
| | | | 25,232.23 | 20.00 | 25,252.23 |

| "TO" Bank | Bank Name Central Carolina Bank & Trust | ABA Routing No. 053100465 |
|---|---|---|
| | Location | OR Swift Code |

| Beneficiary Bank (if applicable) | Bank Name | National ID/Sort Code |
|---|---|---|
| | Address, Department | |

| Intermediary Bank (if applicable) | Bank Name | |
|---|---|---|
| | Address, Department | |

| Beneficiary (recipient of wire funds) | Name of Beneficiary Bannister & Wyatt LLC | Payment |
|---|---|---|
| | Address | ☒ CREDIT ACCOUNT/IBAN/CLABE No. 0102917839 |
| | Telephone No. | |
| | Other Identifying Information | ☐ PUPID (pay upon proper ID) |

**Payment Instructions or Other Special Instruction Messages:**

**Incoming - Method of Disbursement**

☐ Credit Account No. ___   ☐ Cashier's Check No. ___ (attach copy of check)

☐ PUPID ID #1 (Type, No. & Exp. Date)   ID #2 (Type, No. & Exp. Date)

| Recipient Name | Recipient Full Address | Recipient TIN |
|---|---|---|

I authorize the bank to make this funds transfer. I understand and agree that the bank shall assume no liability whatsoever for any loss, cost, or expense I incur as a result of errors in message transmission unless such errors are a direct result of the bank's failure to exercise due care. Furthermore, I understand and agree that the bank shall in no event be liable for any loss, cost, or expense I incur due to errors made by the ultimate paying bank or office. I have read and agree to be bound by the Terms of Wire Transfer on the reverse side of this document.

Customer Signature: X _Sherrie L. McCarty_   Date 1-21-05

Bank's Authorized Signature(s): ___

Preparer ___

Wire Limit Exception Authorization (if required)

1893727

FORM NO. 67-7700KC REV. 11/04

McCARTY v CENTRAL CAROLINA BANK, Case No. A06-00023 CI (TMB)
Affidavit of Craig McCarty, Exhibit 8

CUSTOMER COPY

## bulbman



| | |
|---|---|
| **From:** | "Sean McElveen" <sean@bannisterwyatt.com> |
| **To:** | "Bulbman" <bulbman@arctic.net> |
| **Sent:** | Friday, January 21, 2005 4:23 AM |
| **Subject:** | RE: mccarty assignment purchase |

Craig,

Hal did call me, and I called him back but he was at lunch.  I will prepare a wiring instructions sheet to send to him so he will have it at 9:00 local time.

Sean McElveen
Paralegal
Bannister & Wyatt, LLC
PO Box 10007
401 Pettigru Street
Greenville, SC 29603
(864) 298-0084
sean@bannisterwyatt.com

---

**From:** Bulbman [mailto:bulbman@arctic.net]
**Sent:** Thursday, January 20, 2005 10:49 PM
**To:** Sean McElveen
**Subject:** Re: mccarty assignment purchase

Sean,

    My attorney Hal Gazaway, should have contacted you today for transaction instructions and to discuss details. I you did not have a chance to talk to him would you contact him directly at (907) 338-8111. We are 4 hours behind you in time. I believe his office opens @ 9:00 am. I am prepared to wire funds immediately after your able to talk to him.

Thank You
Craig McCarty

    —— Original Message ——
    **From:** Sean McElveen
    **To:** Bulbman
    **Sent:** Thursday, January 20, 2005 6:02 AM
    **Subject:** RE: mccarty assignment purchase

Mr. McCarty,

I apologize for using the "payoff" form letter after we specifically spoke about having the notes assigned to you. Please find the edited letters attached.  Reply back if you have any other questions.  Thanks,

Sean McElveen
Paralegal
Bannister & Wyatt, LLC
PO Box 10007
401 Pettigru Street
Greenville, SC 29603

McCARTY v CENTRAL CAROLINA
BANK, Case No. A06-00023 CI (TMB)
Affidavit of Craig McCarty, Exhibit 9
Page 1 of 2

2/14/2006

(864) 298-0084
sean@bannisterwyatt.com

---

**From:** Bulbman [mailto:bulbman@arctic.net]
**Sent:** Wednesday, January 19, 2005 10:40 PM
**To:** Sean McElveen
**Subject:** mccarty assignment purchase

Sean

   I am in receipt of your fax dated January 19, 2005. Your correspondence refers to a payoff amount. The agreement should be changed to an assignment purchase of the notes. I would like to make the purchase by Friday January 21, 2005 as to keep with the current quote. If you could make those changes and fax me back a.s.a.p. (907) 522-1586 or if you prefer email

Thank you
Craig McCarty

## bulbman

**From:**     "Sean McElveen" <sean@bannisterwyatt.com>
**To:**       "Bulbman" <bulbman@arctic.net>
**Sent:**     Monday, January 31, 2005 9:56 AM
**Subject:**  RE: mccarty assignment purchase

Hi there Mr. McCarty,

The assignments were sent the day after I received the wire to Memphis (CCB) for signatures.  I will follow up with them (the bank) about when you can expect to receive them.

Sean McElveen
Paralegal
Bannister & Wyatt, LLC
PO Box 10007
401 Pettigru Street
Greenville, SC 29603
(864) 298-0084
sean@bannisterwyatt.com

---

**From:** Bulbman [mailto:bulbman@arctic.net]
**Sent:** Monday, January 31, 2005 1:45 PM
**To:** Sean McElveen
**Subject:** Re: mccarty assignment purchase

Good Morning,

   How long should It take to recieve the assignment documents?

Thank you
Craig McCarty

> ——— Original Message ———
> **From:** Sean McElveen
> **To:** Bulbman
> **Sent:** Friday, January 21, 2005 4:23 AM
> **Subject:** RE: mccarty assignment purchase
>
> Craig,
>
> Hal did call me, and I called him back but he was at lunch.  I will prepare a wiring instructions sheet to send to him so he will have it at 9:00 local time.
>
> Sean McElveen
> Paralegal
> Bannister & Wyatt, LLC
> PO Box 10007
> 401 Pettigru Street
> Greenville, SC 29603
> (864) 298-0084
> sean@bannisterwyatt.com

McCARTY v CENTRAL CAROLINA
BANK, Case No. A06-00023 CI (TMB)
Affidavit of Craig McCarty, Exhibit 10

H-392055

STATE OF SOUTH CAROLINA
County/ ☐ Municipality of
LAURENS COUNTY

THE STATE

against

SULLIVAN, OSCAR
Address:
LINCOLNTON, GA          SSN:
Phone:
Sex: M Race: B Height: 6'02" Weight: 220
DL State:          DL #:                    Agency ORI#:
DOB:
Prosecuting Agency:
Prosecuting Officer: PUCKETT, LT KENNY
Offense: TELEPHONE, UNLAWFUL USE OF          Offense Code: 646
Code/Ordinance Sec. 16-17-0430

This warrant is CERTIFIED FOR SERVICE in the
☐ County/ ☒ Municipality of _____ . The accused
is to be arrested and brought before me to be
dealt with according to law.

_____ (L.S.)
Signature of Judge  6-8-03

Date:

RETURN

A copy of this arrest warrant was delivered to
defendant SULLIVAN, OSCAR
on _____

_____
Signature of Constable/Law Enforcement Officer

RETURN WARRANT TO:
GLYNDA TUCKER          COMPUTER ENTERED
P. O. BOX 438
GRAY COURT, SC 29645

---

Form Approved by
S.C. Attorney General
July 26, 1990
SCCA 518

AFFIDAVIT    CASE # 030001635

STATE OF SOUTH CAROLINA
☒ County/ ☐ Municipality of
LAURENS COUNTY
Personally appeared before me the affiant PUCKETT, LT KENNY who
being duly sworn deposes and says that defendant SULLIVAN, OSCAR
did within this county and state on 05-03-03 violate the criminal laws of the
State of South Carolina (or ordinance of ☒ County/ ☐ Municipality of LAURENS )
in the following particulars:
DESCRIPTION OF OFFENSE: TELEPHONE, UNLAWFUL USE OF

16-17-0430
I further state that there is probable cause to believe that the defendant named above did commit
the crime set forth and that probable cause is based on the following facts:

LT KENNY PUCKETT STATES UNDER OATH THAT THE DEFENDANT DID, IN A TELEPHONE
COMMUNICATION TO JAMES DAVID MCCARTY, THREATEN THE VICTIM'S LIFE WITH THE
INTENT TO INTIMIDATE THE VICTIM. THIS OCCURRED IN THE COUNTY OF LAURENS.
VICTIM: JAMES DAVID MCCARTY, 992 DAVIS RD, LAURENS, SC 29360
                              waterShoals, SC. 29692

                              P61-9475

Sworn and subscribed before me
on July 14 2003
_____
Signature of Issuing Judge (L.S.)

_____
Signature of Affiant
Affiant's Address  PO BOX 68
LAURENS, SC 29360
Affiant's Telephone  864-984-4967

ARREST WARRANT

STATE OF SOUTH CAROLINA
☒ County/ ☐ Municipality of
LAURENS
TO ANY LAW ENFORCEMENT OFFICER OF THIS STATE OR MUNICIPALITY OR ANY CONSTABLE OF THIS COUNTY:
It appearing from the above affidavit that there are reasonable grounds to believe that
on 05-03-03 defendant SULLIVAN, OSCAR
did violate the criminal laws of the State of South Carolina (or ordinance of LAURENS ) as set forth below:
☒ County/ ☐ Municipality of LAURENS
DESCRIPTION OF OFFENSE: TELEPHONE, UNLAWFUL USE OF

16-17-0430
Now, therefore, you are empowered and directed to arrest the said defendant and bring him or her before
me forthwith to be dealt with according to law. A copy of this Arrest Warrant shall be delivered to the
defendant at the time of its execution, or as soon thereafter as is practicable.

_____
Signature of Issuing Judge
Judge's Address  P. O. BOX 438
GRAY COURT, SC 29645
Judge's Telephone  864-876-4390
GLYNDA TUCKER    Issuing Court: ☐ Circuit ☐ Municipal ☒ Magistrate
Judge Code:  399

McCARTY v CENTRAL CAROLINA
ORIGINAL BANK, Case No. A06-00023 (TMB)
Affidavit of Craig McCarty, Exhibit 11
Page 1 of 2

McCARTY v CENTRAL CAROLINA
BANK, Case No. A06-00023 CI (TMB)
Affidavit of Craig McCarty, Exhibit 11
Page 2 of 2

**WITNESSES**

Name: _Merri L. McCarty_
Address: _____
Telephone: _____

Name: _Jacob David McCarty_
Address: _____
Telephone: _____

Name: _William Oscar Sullivan_
Address: _____
Telephone: _____

Name: _Scott Sullivan_
Address: _____
Telephone: _____

Name: _____
Address: _____
Telephone: _____

Name: _____
Address: _____
Telephone: _____

Name: _____
Address: _____
Telephone: _____

**CODEFENDANTS**

_____
_____

**BAIL** set by

Judge _Reynolds L. Fisher_
on _03/11/03_
Type and Amount: _$465.00_
Name of Surety: _$465.00_

**PRELIMINARY HEARING held by**

Judge _____
on _____
Defense Attorney: _____
Decision: _____

**DISPOSITION before**

Judge _Reynolds L. Fisher_
on _10/23/03_
by _Jury Trial_
(indicate jury trial, bench trial, plea, nol. pros., etc.)

Disposition: _Not Guilty_
Sentence: _Refund $465.00 ct#43_

JURORS ⑤ _10/23/03_

_Lewis Gold   Neil L. Mellon_
_Barry Hadon   Steve Morrow_
_Father McGann_

_Ruby L. Gardst_
_Eric Bannister_

B...ARA T. WASSON

**State of South Carolina**        **County of Laurens**        **Common Pleas Court**

Case Number: 2003-CP-30-988

Plaintiff:
**Oscar Sullivan**                         2003 DEC -8  A 10: 22
vs.
Defendant:
**James David McCarty and Marie McCarty**

LAURENS COUNTY
For: O.W. Bannister                        CLERK OF COURT
    Bannister & Wyatt, LLC

Received by Bannister & Wyatt, LLC to be served on **JAMES DAVID MCCARTY, 992 Davis Road, Ware Shoals, SC**. I, _Mike Wood_ , being duly sworn, depose and say that on the _77_ day of _Nov_ , 20 _03_ at _0:00_ m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served personally to the within-named.

(✓) SUBSTITUTE SERVICE: By delivering to: _Marie McCarty_ , as _wife_ , a person of discretion and appropriate age, residing at the residence of the or the within named person and present at said residence at the time of service.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as
_____.

( ) NON SERVICE: Due to reasons detailed in Comments below.

( ) MILITARY STATUS: Y  N  If Yes, what branch:_____

( ) MARITAL STATUS: Single  Married / Name of Spouse:_____

**COMMENTS:** _____
_____
_____

Age _65_  Sex M⊕ Race _W_  Height _53_  Weight _145_  Hair _GT_  Glasses ⓎN

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _27th_ day of
_November_ , _2003_ by the affiant who is personally
known to me.

_Gail D Hoog_
NOTARY PUBLIC

My Commission Expires: _10/24/2013_

PROCESS SERVER # _____
Appointed in accordance
  with State Statutes

**Bannister & Wyatt, LLC**
**P.O. Box 10007**
**Greenville, SC  29603**
**(864) 298-0084**

Our Job Serial Number: 2003012600

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

McCARTY v CENTRAL CAROLINA
BANK, Case No. A06-00023 CI (TMB)
Affidavit of Craig McCarty, Exhibit 12
Page 1 of 3

**AFFIDAVIT OF SERVICE**

BARBARA T. WASSON

| State of South Carolina | County of Laurens | Common Pleas Court |

Case Number: 2003-CP-30-988

Plaintiff:
**Oscar Sullivan**
vs.
Defendant:
**James David McCarty and Marie McCarty**

2003 DEC -8 A 10: 22

For: O.W. Bannister
   Bannister & Wyatt, LLC

LAURENS COUNTY
CLERK OF COURT

Received by Bannister & Wyatt, LLC to be served on **MARIE MCCARTY, 992 Davis Road Ware Shoals, SC**. I, ___mike____wood____, being duly sworn, depose and say that on the _27_ day of _Nov_, 20_03_ at _10:0A_.m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

(✓) INDIVIDUAL SERVICE: Served personally to the within-named.

( ) SUBSTITUTE SERVICE: By delivering to:_____, as _____, a person of discretion and appropriate age, residing at the residence of the of the within named person and present at said residence at the time of service.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: Due to reasons detailed in Comments below.

( ) MILITARY STATUS: Y  N  If Yes, what branch:_____

( ) MARITAL STATUS: Single  Married  /  Name of Spouse:_____

**COMMENTS:** _____
_____
_____
_____

Age _65_  Sex M F  Race _W_  Height _5 3_  Weight _185_  Hair _Gr_  Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _27th_ day of _November_, _2003_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My Commission Expires: _10/24/2013_

PROCESS SERVER # _____
Appointed in accordance
 with State Statutes

**Bannister & Wyatt, LLC**
**P.O. Box 10007**
**Greenville, SC  29603**
**(864) 298-0084**

Our Job Serial Number: 2003012601

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

McCARTY v CENTRAL CAROLINA
BANK, Case No. A06-00023 CI (TMB)
Affidavit of Craig McCarty, Exhibit 12
Page 2 of 3

Law Offices

# BANNISTER, WYATT & KAPPEL, L.L.C.

ATTORNEYS AT LAW
401 PETTIGRU STREET (29601)
P. O. BOX 10007 (29603)
GREENVILLE, SOUTH CAROLINA
TELEPHONE: (864) 298-0084
TELECOPIER: (864) 298-0146
E-MAIL BANNISTERWYATT@BANNISTERWYATT.COM

O. W. BANNISTER, JR.                                                                    JAMES W. BANNISTER
JOHN F. WYATT                                                                           BRUCE W. BANNISTER
                                                                                        MATTHEW J. KAPPEL

December 5, 2003

Barbara T. Wasson, Clerk
Laurens County Courthouse
P. O. Box 287
Laurens, South Carolina 29360

**Re:**     **Oscar Sullivan v. James David McCarty and Marie McCarty**

Dear Madam Clerk:

Enclosed please find the original and one copy of the Affidavits of Service on the above-named Defendants. Please file the same and return a clocked copy to me in the enclosed envelope.

Yours truly,

BANNISTER, WYATT & KAPPEL, LLC

OWB,Jr:msg
Enclosure

O. W. Bannister, Jr.

McCARTY v CENTRAL CAROLINA
BANK, Case No. A06-00023 CI (TMB)
Affidavit of Craig McCarty, Exhibit 12
Page 3 of 3

BARBARA T. WASSON

STATE OF SOUTH CAROLINA

2004 FEB -2 A 4 26

COUNTY OF LAURENS

IN THE COURT OF COMMON PLEAS
EIGHTH JUDICIAL CIRCUIT

**2003-CP-30-988**

Oscar Sullivan,

LAURENS COUNTY
CLERK OF COURT

Plaintiff,

**AFFIDAVIT OF DEFAULT**

vs.

James David McCarty and
Marie McCarty,

Defendants.

PERSONALLY appeared before me the undersigned, who on oath, says that he is an Attorney at Law, that he represents the Plaintiff herein; that the Summons and Complaint were duly served on the Defendants, James David McCarty and Marie McCarty, as appears from proof of the same on file in this Court; that more than thirty (30) days have elapsed since the time of said service; and that the Defendants, James David McCarty and Marie McCarty, are in default, no Answer, Demurrer, Notice of Appearance or other process having been served or filed in this matter.

BANNISTER, WYATT & KAPPEL, LLC

O. W. Bannister, Jr.
SC Bar No. 00506; Fed ID 1184
P. O. Box 10007
401 Pettigru Street -( 29601)
Greenville, SC 29603
Phone: 864-298-0084; F/864-298-0146
*Attorney for Plaintiff*

SWORN TO before me this *28* day
of January, 2004.

NOTARY PUBLIC for South Carolina
My Commission Expires: *01-29-2011*

STATE OF SOUTH CAROLINA                    **JUDGMENT IN A CIVIL CASE**
COUNTY    OF    LAURENS

*BARBARA T. WASSON*

IN THE COURT OF COMMON PLEAS              Case No. _2003_ - CP-30- _988_

_Oscar Sullivan_                          _James David McCarty_
                2004 SEP -9 P 1:03        _Marie McCarty_

                          LAURENS COUNTY
                          CLERK OF COURT
Plaintiff(s)                              Defendant(s)

                                          BK=J2004 PG=60639
                                          200402646 09/09/2004

*CHECK ONE:*

☐    **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and a verdict rendered.

☐    **DECISION BY THE COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision rendered.

☐    **ACTION DISMISSED** (*CHECK REASON*): ☐ Rule 12(b), SCRCP; ☐ Rule 41(a), SCRCP (Voluntary Nonsuit); ☐ Rule 43(k), SCRCP (Settled); ☐ Other_____

☐    **ACTION STRICKEN** (*CHECK REASON*): ☐ Rule 40(j) SCRCP; ☐ Bankruptcy; ☐ Binding arbitration, subject to right to restore to confirm, vacate or modify arbitration award; ☐ Other _____

**IT IS ORDERED AND ADJUDGED:** ☐ See attached order; ☐ Statement of judgment by the Court:
_Damages awarded in the amount of $29,000 actual_
_and $6,000 punitive damages._

Dated at ___Laurens___, South Carolina, this the _9th_ day of _September_,
20_04_.

                                          _____
                                          PRESIDING JUDGE

This judgment was entered on the _9_ day of _September_ 20_04_, and a copy mailed first class this the _9_ day of _September_ 20_04_ to the attorneys or parties (when appearing pro se) as follows:

_O. W. Bannister, Jr., Esq._              _James David McCarty, ProSe_
                                          _Marie McCarty, ProSe_

ATTORNEY(S) FOR THE PLAINTIFF(S)          ATTORNEY(S) FOR THE DEFENDANT(S)
**A TRUE COPY OF ORIGINAL**
_Barbara T. Wasson_                       _Barbara T. Wasson_
**BARBARA T. WASSON**                     CLERK OF COURT
**Laurens County CCCP & GS**

                          McCARTY v CENTRAL CAROLINA            SCRCP FORM 4 (Revised 5/00)
                          BANK, Case No. A06-00023 CI (TMB)
                          Affidavit of Craig McCarty, Exhibit 14