Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

RECEIVED
FEB 17 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY, ) | |
| ) | |
| Plaintiff, ) | Case No. A06-00023 CI (TMB) |
| ) | |
| vs. ) | |
| ) | |
| CENTRAL CAROLINA BANK, ) | |
| BANNISTER AND WYATT, LLC,) | |
| JOHN F. WYATT, W. O. ) | |
| BANNISTER, JR., and ) | |
| JOHN DOES I and II, ) | CERTIFICATE OF SERVICE |
| ) | |
| Defendants. ) | |

   I certify that the OPPOSITION TO MOTION TO DISMISS FOR LACK OF JURISDICTION, REQUEST FOR ORAL ARGUMENT, and AFFIDAVIT OF CRAIG McCARTY was mailed / ~~faxed~~ / ~~hand delivered~~ to the following attorney(s) or parties of record addressed as follows:

               Carl Bauman
               HUGHES BAUMAN PFIFFNER
               GORSKI & SEEDORF, LLC
               3900 C Street Suite 1001
               Anchorage, Alaska 95903

on the 17th day of February, 2006.

                              Brenda J. Faust
                              Legal Assistant

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax