RECEIVED

FEB 17 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CRAIG McCARTY,                    )
                                  )
          Plaintiff,              )   Case No. A06-00023 CI (TMB)
                                  )
     vs.                          )
                                  )
CENTRAL CAROLINA BANK,            )
BANNISTER AND WYATT, LLC,)            **PLAINTIFF'S REQUEST FOR ORAL**
JOHN F. WYATT, W. O.              )   **ON DEFENDANT'S MOTION TO**
BANNISTER, JR., and               )   **DISMISS FOR LACK OF PERSONAL**
JOHN DOES I and II,               )   **JURISDICTION**
                                  )
          Defendants.             )
_____)


          COMES NOW plaintiff Craig McCarty, by and through his

counsel of record, and requests oral argument on defendant's

motion to dismiss for lack of personal jurisdiction.

**HAL P. GAZAWAY, P.C.**
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504

(907) 338-8111
(907) 338-8118 fax

DATED this _17th_ day of February, 2006.

HAL P. GAZAWAY, P.C.
Attorney for Plaintiff

By: _Hal P. Gazaway_
Hal P. Gazaway
Alaska Bar No. 7410077

**HAL P. GAZAWAY, P.C.**
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504

(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRAL CAROLINA BANK, Case No. AO6-00023 CI (TMB)
PLAINTIFF'S REQUEST FOR ORAL ARGUMENT
Page 2 of 2