Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

RECEIVED
FEB 17 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY,                    )<br>                                   )<br>         Plaintiff,               )   Case No. A06-00023 CI (TMB)<br>                                   )<br>    vs.                            )<br>                                   )<br> CENTRAL CAROLINA BANK,            )<br> BANNISTER AND WYATT, LLC,         )<br> JOHN F. WYATT, W. O.              )<br> BANNISTER, JR., and               )<br> JOHN DOES I and II,               )   CERTIFICATE OF SERVICE<br>                                   )<br>         Defendants.               )<br>_____) | |

I certify that the OPPOSITION TO MOTION TO DISMISS FOR LACK OF JURISDICTION, REQUEST FOR ORAL ARGUMENT, and AFFIDAVIT OF CRAIG McCARTY was mailed / ~~faxed~~ / ~~hand delivered~~ to the following attorney(s) or parties of record addressed as follows:

> Carl Bauman
> HUGHES BAUMAN PFIFFNER
> GORSKI & SEEDORF, LLC
> 3900 C Street Suite 1001
> Anchorage, Alaska 95903

on the 17th day of February, 2006.

Brenda J. Faust
Legal Assistant

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax