Carl Bauman
Alaska Bar No. 7300138
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendants
Bannister and Wyatt, LLC;
John F. Wyatt; & O. W. Bannister

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG MCCARTY,<br><br>                Plaintiff,<br><br>vs.<br><br>CENTRAL CAROLINA BANK;<br>BANNISTER AND WYATT, LLC; JOHN<br>F. WYATT; O. W. BANNISTER, JR.,<br>and JOHN DOES I and II,<br><br>                Defendants. | Case No. 3:06-cv-00023-TMB<br><br>**NON OPPOSITION TO REQUEST<br>FOR ORAL ARGUMENT ON<br>DEFENDANT'S MOTION TO DISMISS<br>FOR LACK OF PERSONAL<br>JURISDICTION** |

Defendants Bannister and Wyatt, LLC, John F. Wyatt, and O. W. Bannister do not oppose the request by the plaintiff for oral argument on the pending motion to dismiss.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

|  |  |
|---|---|
|  | HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF, LLC |
|  | Attorneys for Defendants Bannister and Wyatt, LLC, John F. Wyatt, and O. W. Bannister |
| DATED March 2, 2006 | By: /s/ Carl Bauman |
|  | Carl Bauman
Alaska Bar No. 7300138
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320 |

### Certificate of Service

I here by certify that on the 2nd day of March, 2006, a true and correct copy of the foregoing, substantively prepared in font Arial 13, was mailed, postage prepaid, to:

Hal P. Gazaway, Esq.
Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504

/s/ Carl Bauman
Carl Bauman

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX