Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

**RECEIVED**

APR 1 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY )<br>   )<br>      Plaintiff, )<br>   )<br>   vs. )<br>   )<br>CENTRAL CAROLINA BANK, )<br>BANNISTER AND WYATT, LLC,)<br>JOHN F. WYATT, W. O. )<br>BANNISTER, JR., and )<br>JOHN DOES I and II, )<br>   )<br>      Defendants. )<br>_____)  | Case No. A06-00023 CI (TMB) |

### NOTICE OF UNAVAILABILITY

COMES NOW Hal P. Gazaway, P.C., and hereby notifies the Court that he will be out of the State of Alaska, from Friday, April 14, 2006 until Monday, May 1, 2006.

Mr. Gazaway respectfully requests that no pleadings be filed that will require an answer before his return and that no hearings be set during that time.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

DATED this 5th day of April, 2006.

       Hal P. Gazaway, P.C.
       Attorney for Plaintiff


      By: /s/ Hal P. Gazaway
       Hal P. Gazaway
       Alaska Bar No. 7410077

CERTIFICATE OF SERVICE
I certify that the foregoing NOTICE OF UNAVAILABILITY was mailed / ~~faxed / hand delivered~~ to the following parties or attorney(s) of record addressed as follows:

Carl Bauman
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street Suite 1001
Anchorage, Alaska 95903

DATED this 10th day of April, 2006.

/s/ Brenda J. Faust
Brenda J. Faust

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRA CAROLINA BANK, et al., Case No. A06-0023 CI (TMB)
NOTICE OF UNAVAILABILITY
Page 2 of 2