Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

RECEIVED
APR 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY,              )<br>                             )<br>         Plaintiff,         ) | Case No. A06-00023 CI (TMB) |
|     vs.                     )<br>                             )<br>CENTRAL CAROLINA BANK,      )<br>BANNISTER AND WYATT, LLC,   )<br>JOHN F. WYATT, W. O.        )<br>BANNISTER, JR., and         )<br>JOHN DOES I and II,         )<br>                             )<br>         Defendants.        )<br>_____) | MOTION TO CONTINUE<br>HEARING DATE |

Comes now Hal P. Gazaway, counsel for plaintiff Craig McCarty, and moves for to continue the hearing scheduled for April 19, 2006.

This Motion is supported by the Affidavit of Hal P. Gazaway filed herewith.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

DATED at Anchorage, Alaska, this 11th day of April, 2006.

                              HAL P. GAZAWAY, P.C.
                              Attorney for Plaintiff

                     By: _____
                          Hal P. Gazaway
                          Alaska Bar No. 7410077

**CERTIFICATE OF SERVICE**
I certify that the foregoing MOTION TO CONTINUE HEARING DATE was mailed / faxed / hand-delivered to the following parties or attorney(s) of record addressed as follows:

Carl Bauman
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street Suite 1001
Anchorage, Alaska 95903

DATED this 11th day of April, 2006.

_____
Brenda J. Faust

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRAL CAROLINA BANK, Case No. A06-00023 CI (TMB)
PLAINTIFF'S MOTION TO CONTINUE HEARING DATE
Page 2 of 2