Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY,                ) | |
|                               ) | |
|        Plaintiff,             ) | Case No. A06-00023 CI (TMB) |
|                               ) | |
|    vs.                        ) | |
|                               ) | |
| CENTRAL CAROLINA BANK,        ) | |
| BANNISTER AND WYATT, LLC,     ) | **AFFIDAVIT OF HAL P. GAZAWAY** |
| JOHN F. WYATT, W. O.          ) | |
| BANNISTER, JR., and           ) | |
| JOHN DOES I and II,           ) | |
|                               ) | |
|        Defendants.            ) | |

STATE OF ALASKA              )
                             ) ss.
THIRD JUDICIAL DISTRICT      )

Hal P. Gazaway, being first duly sworn upon oath, deposes and states:

1. I am the attorney for plaintiff Craig McCarty in the above-captioned action and make these statements of my own personal knowledge.

2. Currently my wife and I have tickets purchased and reservations made for a trip to Utah, Arizona and Texas leaving Anchorage on Thursday, April 13, 2006 and returning on April 29, 2006. The trip had previously been scheduled to visit our adult children and grandchildren who live in Utah and Texas. We also hoped to have other grandchildren from California meet with us at a condo we reserved in Arizona during their spring break.

3. I did not learn of th order scheduling the hearing until yesterday, April 10, 2006.

4. It is currently too late to change our reservations.

Further your affiant sayeth naught.

_____
Hal P. Gazaway

SUBSCRIBED and SWORN to before me this 11th day of April, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 08/29/07

**CERTIFICATE OF SERVICE**

I certify that the foregoing AFFIDAVIT OF HAL P. GAZAWAY was mailed / faxed / hand delivered to the following attorney(s) for parties of record addressed as follows:

Carl Bauman
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC

McCARTY v CENTRAL CAROLINA BANK, Case No. A06-00023 CI (TMB)
AFFIDAVIT OF HAL P. GAZAWAY
Page 2 of 3

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

3900 C Street Suite 1001
Anchorage, Alaska 95903

DATED this 11th day of April, 2006.

*/s/ Brenda J. Faust*
Brenda J. Faust
Legal Assistant to Hal P. Gazaway, P.C.

**HAL P. GAZAWAY, P.C.**
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRAL CAROLINA BANK, Case No. A06-00023 CI (TMB)
AFFIDAVIT OF HAL P. GAZAWAY
Page 3 of 3