Carl Bauman
Alaska Bar No. 7300138
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendants
Bannister and Wyatt, LLC;
John F. Wyatt; & O. W. Bannister

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG MCCARTY,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTRAL CAROLINA BANK;<br>BANNISTER AND WYATT, LLC; JOHN<br>F. WYATT; O. W. BANNISTER, JR.,<br>and JOHN DOES I and II,<br><br>    Defendants. | Case No. 3:06-cv-00023-TMB<br><br><br><br><br><br><br><br>**NON OPPOSITION TO MOTION TO<br>CONTINUE HEARING DATE** |

Defendants Bannister and Wyatt, LLC, John F. Wyatt, and O. W. Bannister do not oppose the Motion to Continue Hearing Date as filed by the plaintiff with this court on April 12, 2006 at Docket No. 21.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC

Attorneys for Defendants Bannister and Wyatt, LLC, John F. Wyatt, and O. W. Bannister

DATED April 13, 2006         By:    /s/ Carl Bauman
                                    Carl Bauman
                                    Alaska Bar No. 7300138
                                    3900 "C" Street, Suite 1001
                                    Anchorage, Alaska  99503
                                    Telephone Number: (907) 274-7522
                                    Facsimile Number:  (907) 263-8320

**Certificate of Service**

  I here by certify that on the 13th day of April, 2006, a true and correct copy of the foregoing, substantively prepared in font Arial 13, was mailed, postage prepaid, to:

Hal P. Gazaway, Esq.
Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504

  /s/ Carl Bauman
Carl Bauman

UGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
NCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX