# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*McCarty v. Central Carolina Bank, et al.*
Case No. 3:06-cv-0023-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:     ORDER FROM CHAMBERS

     Plaintiff's counsel has moved to reschedule the hearing set for April 19, 2006. Docket No. 21. The motion is **GRANTED**. The hearing will be held on **May 16, 2006, at 2:00 p.m.**

    **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: <u>April 17, 2006</u>