Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CENTRAL CAROLINA BANK, ) | Case No. A06-00023 CI (TMB) |
| BANNISTER AND WYATT, LLC,) | |
| JOHN F. WYATT, W. O. ) | |
| BANNISTER, JR., and ) | |
| JOHN DOES I and II, ) | |
| ) | |
| Defendants. ) | |

**NOTICE REGARDING COMPROMISE ON PENDING MOTION**

COMES NOW plaintiff Craig McCarty, by and through his counsel of record, Hal P. Gazaway, P.C. The parties have been unable to reach a mutually agreeable compromise to the pending motion to dismiss.

Respectfully submitted this 25th day of May, 2006.

Hal P. Gazaway, P.C.
Attorney for Plaintiff

By: _____
Hal P. Gazaway
Alaska Bar No. 7410077

CERTIFICATE OF SERVICE
I certify that the foregoing NOTICE REGARDING COMPROMISE ON PENDING MOTION was mailed ✈ faxed / ~~hand delivered~~ to the following parties or attorney(s) of record addressed as follows:

Carl Bauman
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street Suite 1001
Anchorage, Alaska 95903

DATED this 25th day of May, 2006.

_____
Brenda J. Faust

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8448 fax

McCARTY v CENTRA CAROLINA BANK, et al., Case No. A06-0023 CI (TMB)
NOTICE REGARDING COMPROMISE ON PENDING MOTION
Page 2 of 2