IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG MCCARTY,,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>CENTRAL CAROLINA BANK;<br>BANNISTER & WYATT, LLC; JOHN F.<br>WYATT; O.W. BANNISTER, JR.; AND<br>JOHN DOES 1&2,<br>　　　　　Defendant. | Case No. 3:06-cv-00023 TMB<br><br><br>**JUDGMENT<br>IN A CIVIL CASE** |

_____   **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__   **DECISION BY COURT**.  This action came to trial or hearing before the Court.

The issues have been tried or heard and a decision has been rendered.

　　　　**IT IS ORDERED AND ADJUDGED** that defendants Bannister & Wyatt, LLC., John F. Wyatt, and O.W. Bannister, Jr. are DISMISSED WITHOUT PREJUDICE.

APPROVED:

 s/ Timothy Burgess
　　**TIMOTHY M. BURGESS**
　　United States District Judge

June 12, 2006　　　　　　　　　　　　　　　　　　　　　IDA J. ROMACK
　　　　Date　　　　　　　　　　　　　　　　　　　　　　　　　Clerk