Carl Bauman
Alaska Bar No. 7300138
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendants
Bannister and Wyatt, LLC;
John F. Wyatt & O. W. Bannister

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG MCCARTY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CENTRAL CAROLINA BANK;<br>BANNISTER AND WYATT, LLC; JOHN<br>F. WYATT; O. W. BANNISTER, JR.,<br>and JOHN DOES I and II,<br><br>　　　　Defendants. | Case No. 3:06-cv-00023-TMB<br><br>**MOTION AND MEMORANDUM FOR AWARD OF ATTORNEY'S FEES**<br><br>**(FRCP 54(d) & Local Rule 54.3(b))** |

Defendants Bannister and Wyatt, LLC, John F. Wyatt, and O. W. Bannister ("Bannister defendants") hereby move pursuant to FRCP 54(d), Local

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Rule 54(b)(3), and Rule 82 of the Alaska Rules of Civil Procedure for an award to partially compensate them for attorneys fees incurred in the defense of this case.

I. **BACKGROUND & LAW APPLICABLE TO AN AWARD OF ATTORNEY'S FEES IN THIS DIVERSITY PROCEEDING.**

Plaintiff Craig McCarty brought this suit originally in the State of Alaska superior court on December 28, 2005. The Complaint was served on the Bannister defendants on January 9, 2006. The Bannister defendants removed the case to the United States District Court for the District of Alaska on January 25, 2006.

The Bannister defendants subsequently successfully moved to dismiss the case for lack of personal jurisdiction. The motion to dismiss was granted by Order dated June 5, 2006, and a Final Judgment was entered on June 12, 2006, dismissing the Bannister Defendants without prejudice. Accordingly, the Bannister Defendants are the prevailing parties and as such are entitled to an award against plaintiff to partially compensate them for the attorney's fees incurred in the defense of the case. FRCP 54(d); Local Rule 54.3(b); Rule 82 of the Alaska Rules of Civil Procedure. See, e.g., Aeroquip Corp. v. Adams, 45 Fed. Appx. 634, 638-639 (9th Cir. 2002); Exxon Corp. v. Burglin, 42 F.3d 948, 950 (5th Cir. 1995); City of Fairbanks v. Amoco Chem. Co., 836 F. Supp. 690, 693 (D. Alaska 1993).

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

In <u>Aeroquip Corp. v. Adams</u>, 45 Fed. Appx. 634 (9th Cir. 2002), the Ninth Circuit held,

> Rule 82 clearly requires that the district court award at least "20 percent of [Trinova's] actual attorney's fees which were necessarily incurred" because the claims against Trinova were resolved on summary judgment, see Alaska R. Civ. P. 82(b)(2).
>
> Therefore we must vacate the district court's August 3, 2000 order as to the amount of attorneys' fees to be awarded to Trinova. On remand, the district court shall calculate the amount of fees incurred by Trinova and shall award no less than half of twenty-percent (or one-tenth) of the actual attorneys' fees necessarily incurred by Trinova and Aeroquip in litigating common issues.

<u>Aeroquip Corp. v. Adams</u>, 45 Fed. Appx. at 638-39. In <u>Exxon Corp. v. Burglin</u>, 42 F.3d 948 (5th Cir. 1995), the Circuit Court held,

> In the last appeal, we held that "the award of attorneys' fees is governed by the law of the state whose substantive law is applied to the underlying claims" and cited Rule 82 of the Alaska Rules of Civil Procedure. <u>Exxon Corp. v. Burglin</u>, 4 F.3d 1294, 1302 (5th Cir.1993).

<u>Exxon Corp. v. Burglin</u>, 42 F.3d at 950. In <u>City of Fairbanks v. Amoco Chem. Co.</u>, 836 F. Supp. 690 (D. Alaska 1993), the federal district court held,

> A review of the Alaska court decisions awarding attorneys fees guides this Court to award attorneys' fees in the range of 30% - 50%. See <u>Bozarth v. Atlantic Richfield Oil Co.</u>, 833 P.2d 2, 4 (Alaska 1992); <u>Van Huff v. Sohio</u>, 835 P.2d 1181, 1188-89 (Alaska 1992). The proposed amendments to Rule 82 suggest a range of 30% - 35%. Accordingly, upon evaluation of the Atlantic Richfield factors noted above, and considering the large amount of fees requested, this Court believes that an award of 30% of the actual attorneys' fees of $ 2,801,817.76 is appropriate in this case. This percentage is equal to that awarded in <u>Van Huff</u>, 835 P.2d 1181 (Alaska 1992), the

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

case most analogous to the instant case. Therefore, an order directing the City of Fairbanks to pay defendants the sum of $ 840,545.32 in attorneys' fees will be entered.

City of Fairbanks v. Amoco Chem. Co., 836 F. Supp. at 693.

## II.  ATTORNEY'S FEES INCURRED AND REQUESTED

The Bannister defendants seek the award of the following fees:

20% Attorney Fee Award Requested:

| Firm | Hours | Avg. Rate | Fees |
| --- | --- | --- | --- |
| Hughes Bauman etc., LLC | 34.85 | 214.10 | $7,461.50 |
|  |  |  |  |
| 20% award per Alaska Rule 82 |  |  | $1,492.30 |

The actual billings for attorney's fees exceed the amount claimed by several hours. See Affidavit of Counsel filed herewith. With respect to the attorney's fees, the request is based on a reasonable number of hours expended in connection with the research, removal, and motion to dismiss efforts in defense of the case times the actual hourly rates for the service, which were reasonable hourly rates in the local legal market.

The motion to dismiss involved the need to reply to an extensive opposition by plaintiff, as well as an oral argument.

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
Attorneys at Law
3900 C Street
Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
(907) 263-8320 fax

Case No. 3:06-cv-00023-TMB
McCarty v. Central Carolina, et al.   Page 4 of 5

### III.  CONCLUSION

For the reasons set forth in this motion, the Bannister defendants seek, and should be awarded, $1,492.50 against plaintiff which represents twenty percent of the fees reasonably and necessarily incurred in the successful dismissal of plaintiff's claims.

                HUGHES BAUMAN PFIFFNER
                GORSKI & SEEDORF, LLC

Attorneys for Defendants Bannister and Wyatt, LLC, John F. Wyatt, and O. W. Bannister

DATED June 15, 2006    By:   /s/ Carl Bauman
                Carl Bauman
                Alaska Bar No. 7300138
                3900 "C" Street, Suite 1001
                Anchorage, Alaska  99503
                Telephone Number: (907) 274-7522
                Facsimile Number:  (907) 263-8320

### Certificate of Service

I here by certify that on the 15th day of June, 2006, a true and correct copy of the foregoing, substantively prepared in font Arial 13, was mailed, postage prepaid, to:

Hal P. Gazaway, Esq.
Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504

  /s/ Carl Bauman
Carl Bauman

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX