Carl Bauman
Alaska Bar No. 7300138
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendants
Bannister and Wyatt, LLC;
John F. Wyatt & O. W. Bannister

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG MCCARTY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CENTRAL CAROLINA BANK;<br>BANNISTER AND WYATT, LLC; JOHN<br>F. WYATT; O. W. BANNISTER, JR.,<br>and JOHN DOES I and II,<br><br>　　　　　Defendants. | Case No. 3:06-cv-00023-TMB<br><br><br>**AFFIDAVIT OF<br>CARL J.D. BAUMAN IN SUPPORT<br>OF MOTION FOR FEES** |

STATE OF ALASKA　　　　）
　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT　）

　　　　Carl J.D. Bauman, being first duly sworn upon his oath, deposes and testifies as follows:

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

1) I am the attorney primarily responsible for this matter.

2) My normal billing rate is greater than the hourly rate I agreed to charge for my time for legal services in this matter. The agreed upon hourly rate is $230 per hour.

3) I am an AV rated attorney with over 30 years of experience as a member of the Alaska Bar Association. I am listed in the National Register of Who's Who, Best Lawyers of America, Outstanding Lawyers of America, and recommended by Chambers USA. I am a member of the Alaska Bar Association and am admitted to practice before the US Supreme Court, the Ninth Circuit, and the United States District Court for the District of Alaska. I have appeared "of-counsel" in complex litigation in federal court in the Southern District of Texas, Houston Division.

4) In my opinion, the $230 hourly rate agreed upon for this matter is within the range, albeit on the low side, of the prevailing local legal market for fees in a litigation matter for an attorney with my level of experience.

5) I was assisted in aspects of the case by Ron Bussey, an attorney who also has over 30 years experience. Mr. Bussey's agreed upon hourly rate was $185.

6) A law clerk also assisted with a rate of $140, and a legal assistant with a rate of $100 per hour.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

7)   I personally reviewed each of the time entries by the timekeepers in this matter. In my opinion, the 34.85 hours of legal services (which includes .8 hours of legal assistant time at $100 per hour) claimed as the basis for the requested attorney fee award in this case were reasonably and necessarily incurred in the defense of the case.

8)   The hours referenced include legal work through the preparation of the motion for an award of attorney's fees. They do not include over 2 hours of my time which was directly related to the case but which I do not consider absolutely "necessary" to the defense of the case.

FURTHER YOUR AFFIANT SAITH NAUGHT.

DATED June 15, 2006

*/s/ Carl Bauman*
Carl Bauman
Alaska Bar No. 7300138
3900 "C" Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number: (907) 274-7522
Facsimile Number:  (907) 263-8320

SUBSCRIBED and SWORN to before me this 15th day of June, 2006.

*/s/ Linda J. Vinson*
Notary Public in and for the State of Alaska
My Commission Expires: 12/27/2008

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
Attorneys at Law
3900 C Street
Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
(907) 263-8320 fax

**Certificate of Service**

I here by certify that on the 15th day of June, 2006, a true and correct copy of the foregoing, substantively prepared in font Arial 13, was mailed, postage prepaid, to:

Hal P. Gazaway, Esq.
Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504

/s/ Carl Bauman
Carl Bauman

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
Attorneys at Law
3900 C Street
Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
(907) 263-8320 fax