⊗AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of _____Alaska_____

**CRAIG MCCARTY,**

V.

**CENTRAL CAROLINA BANK: BANNISTER AND WYATT, LLC: JOHN F. WYATT: O.W. BANNISTER, JR., and JOHN DOES I AND II,**

## BILL OF COSTS

Case Number: 3:06-cv-00023-TMB

Judgment having been entered in the above entitled action on ___6/12/2006___ against ___Plaintiff Craig McCarty___,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ..... Removal Fee ............................... | $ 250.00 |
| Fees for service of summons and subpoena ........................... | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0.00 |
| Fees and disbursements for printing ................................ | 0.00 |
| Fees for witnesses (itemize on reverse side) ....................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 0.00 |
| Docket fees under 28 U.S.C. 1923 ................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ...................... | 0.00 |
| Compensation of court-appointed experts ............................ | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) ....................................... | 0.00 |
| TOTAL  $ | 250.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:  Hal Gazaway, Esq.

Signature of Attorney:  _Carl Bauman_

Name of Attorney:  Carl Bauman, Esq. of Hughes Bauman Pfiffner Gorski & Seedorf, LLC

For:  Bannister & Wyatt, LLC, John Wyatt, and O.W. Bannister    Date:  6/15/2006
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court            Deputy Clerk            Date

NORTHRIM BANK
ANCHORAGE, ALASKA
89 - 93/1252

HUGHES THORSNESS POWELL
HUDDLESTON & BAUMAN LLC
ATTORNEYS AT LAW
550 W. 7TH AVE., STE. 1100 • ANCHORAGE, AK 99501
PHONE (907) 274-7522 • FAX (907) 263-8320
FED ID #92-0041193

Check Number: 170914
Date: 1/25/2006

PAY ***Two hundred fifty and 00/100 DOLLARS***

Amount ***$250.00

GENERAL ACCOUNT

TO THE ORDER OF: Clerk of Court

TWO SIGNATURES REQUIRED IF OVER FIFTY DOLLARS

⑈170914⑈ ⑆125200934⑆ 0160400206⑈

---

HUGHES THORSNESS POWELL HUDDLESTON & BAUMAN LLC

Paid to:   Clerk of Court                                        Check #   170914

*Invoice Payment Offsets*

| Vendor ID | Invoice Number | Description | Payment Amt |
|---|---|---|---|
| 31205 | 9001CM1 | Filing Fee | 250.00 |
|  |  |  | 250.00 |