Carl Bauman
Alaska Bar No. 7300138
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendants
Bannister and Wyatt, LLC;
John F. Wyatt; & O. W. Bannister

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| CRAIG MCCARTY, | |
|---|---|
| Plaintiff, | Case No. 3:06-cv-00023-TMB |
| vs. | |
| CENTRAL CAROLINA BANK; BANNISTER AND WYATT, LLC; JOHN F. WYATT; O. W. BANNISTER, JR., and JOHN DOES I and II, | **NOTICE OF FILING PROPOSED ORDER AWARDING ATTORNEY'S FEES** |
| Defendants. | |

COME NOW, Bannister and Wyatt, LLC, John F. Wyatt, and O.W., Bannister, Jr., (the "Bannister defendants"), by and through counsel of record, Hughes Bauman Pfiffner Gorski & Seedorf, LLC, and give notice to the court of the filing of a proposed order awarding attorney's fees. The proposed Order was

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

served on opposing counsel on June 15. As well, a Word version was e-mailed to Judge Burgess on June 15.

          HUGHES BAUMAN PFIFFNER
          GORSKI & SEEDORF, LLC

Attorneys for Defendants Bannister and Wyatt, LLC, John F. Wyatt, and O. W. Bannister

DATED June 16, 2006      By:   /s/ Carl Bauman
                                         Carl Bauman
                                         Alaska Bar No. 7300138
                                         3900 "C" Street, Suite 1001
                                         Anchorage, Alaska  99503
                                         Telephone Number: (907) 274-7522
                                         Facsimile Number:  (907) 263-8320

**Certificate of Service and Font**

On the 16th day of June, 2006, a true and
correct copy of the foregoing Notice, substantively prepared
in font Arial 13, was mailed, postage prepaid, to:

Hal P. Gazaway, Esq.
Law Offices of Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504

  /s/ Carl Bauman
Carl Bauman

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX