Carl Bauman
Alaska Bar No. 7300138
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendants
Bannister and Wyatt, LLC;
John F. Wyatt; & O. W. Bannister

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG MCCARTY,<br><br>        Plaintiff,<br><br>vs.<br><br>CENTRAL CAROLINA BANK;<br>BANNISTER AND WYATT, LLC; JOHN<br>F. WYATT; O. W. BANNISTER, JR.,<br>and JOHN DOES I and II,<br><br>        Defendants. | Case No. 3:06-cv-00023-TMB<br><br><br><br><br><br><br><br>**PROPOSED ORDER AWARDING<br>ATTORNEY'S FEES** |

       Based on the motion by the Bannister defendants for an award of attorney's fees against plaintiff pursuant to FRCP 54(d), Local Rule 54.3(b), and Rule 82 of the Alaska Rules of Civil Procedure to partially compensate the Bannister defendants for the attorney's fees incurred in the successful defense of

this case, the court hereby GRANTS the motion and AWARDS the Bannister defendants $_____ against plaintiff Craig McCarty.

DATED _____, 2006        By: _____
                                   The Honorable Timothy M. Burgess
                                   United States District Court Judge

**Certificate of Service and Font**

On the 15th day of June, 2006, a true and
correct copy of the foregoing proposed order,
substantively prepared in font Arial 13, was mailed, postage prepaid, to:

Hal P. Gazaway, Esq.
Law Offices of Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504

  /s/ Carl Bauman
Carl Bauman

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX