Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

RECEIVED
JUN 19 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTRAL CAROLINA BANK,<br>BANNISTER AND WYATT, LLC,<br>JOHN F. WYATT, W. O.<br>BANNISTER, JR., and<br>JOHN DOES I and II,<br><br>    Defendants. | Case No. A06-00023 CI (TMB) |

**MOTION FOR REMAND**

COMES NOW plaintiff Craig McCarty, by and through his counsel of record, Hal P. Gazaway, P.C. and moves to remand this matter to the State Court for the State of Alaska.

Plaintiff grounds his motion upon the amount in controversy in the plaintiff's claim against Sun Bank, the successor in interest to Central Carolina Bank, is less than $75,000.00. With the dismissal of Bannister and Wyatt this action does not meet the

the requirement for removal.

Therefore this court does not have jurisdiction over the claim against Sun Bank under 28 U.S.C. 1332(a). Accordingly, pursuant to 28USC 1447(c) plaintiff requests the matter be removed to State Court.

Respectfully submitted this 15th day of June, 2006.

Hal P. Gazaway, P.C.
Attorney for Plaintiff

By: _____
Hal P. Gazaway
Alaska Bar No. 7410077

**CERTIFICATE OF SERVICE**
I certify that the foregoing NOTICE REGARDING COMPROMISE ON PENDING MOTION was mailed / ~~faxed~~ / hand delivered to the following parties or attorney(s) of record addressed as follows:

Carl Bauman
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street Suite 1001
Anchorage, Alaska 95903

DATED this 16th day of June, 2006.

_____
Brenda J. Faust

McCARTY v CENTRA CAROLINA BANK, et al., Case No. A06-0023 CI (TMB)
MOTION FOR REMAND
Page 2 of 2

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax