Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CENTRAL CAROLINA BANK, ) <br> BANNISTER AND WYATT, LLC,) <br> JOHN F. WYATT, W. O. ) <br> BANNISTER, JR., and ) <br> JOHN DOES I and II, ) <br> ) <br> Defendants. ) <br> ) | Case No. A06-00023 CI (TMB) |

**MEMORANDUM IN SUPPORT OF MOTION FOR REMAND**

Plaintiff originally brought this action in the Superior Court for the State of Alaska. In his complaint, plaintiff joined a second defendant, the law firm of Bannister and Wyatt, two partners of that firm, and certain John Doe defendants who work for that law firm. Plaintiff includes allegations against the law firm of conversion of trust funds, negligence and misrepresentation. These causes of action involve tort claims and

tort damages.

The only count left is a single count against Central Carolina Bank, and now, its successor in interest, to two deed of trust notes. The single remaining count would be for breach of contract and breach of contract damages.

The statute upon which this court had jurisdiction for the removal action can be found in 28 U.S.C. 1332(a) which provides:

> "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between -
> (1) citizens of different States;.....

The account in controversy is no longer more than $75,000.00. If at anytime it appears federal subject matter jurisdiction is absent, the Federal District Court must remand the case to State Court 28 U.S.C. 1447(c).

Therefore, plaintiff requests that this matter be remanded to the trial courts for the State of Alaska for further proceeding.

Respectfully submitted this 15th day of June, 2006.

Hal P. Gazaway, P.C.
Attorney for Plaintiff

By: *[signature]*
Hal P. Gazaway
Alaska Bar No. 7410077

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRA CAROLINA BANK, et al., Case No. A06-0023 CI (TMB)
MEMORANDUM IN SUPPORT OF MOTION FOR REMAND
Page 2 of 3

**CERTIFICATE OF SERVICE**
I certify that the foregoing NOTICE REGARDING COMPROMISE ON PENDING MOTION was mailed / ~~faxed / hand delivered~~ to the following parties or attorney(s) of record addressed as follows:
Carl Bauman
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street Suite 1001
Anchorage, Alaska 95903

DATED this 16 day of June, 2006.

Brenda J. Faust

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRA CAROLINA BANK, et al., Case No. A06-0023 CI (TMB)
MEMORANDUM IN SUPPORT OF MOTION FOR REMAND
Page 3 of 3