RECEIVED
JUN 2 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CENTRAL CAROLINA BANK, )<br>BANNISTER AND WYATT, LLC,)<br>JOHN F. WYATT, W. O. )<br>BANNISTER, JR., and )<br>JOHN DOES I and II, )<br>)<br>Defendants. )<br>) | Case No. A06-00023 CI (TMB) |

**MOTION FOR RELIEF FROM ORDER**

COMES NOW Craig McCarty by and through his counsel of record, and moves for relief from this Court's order dated June 5, 2006. McCarty brings this motion pursuant to the Federal Rules of Civil Procedure, Rule 60(b)(6). McCarty supports this motion with the accompanying memorandum of points and authorities.

DATED this 27th day of June, 2006.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

                                          Hal P. Gazaway, P.C.
                                          Attorney for Plaintiff



                                    By:   _____
                                          Hal P. Gazaway
                                          Alaska Bar No. 7410077


CERTIFICATE OF SERVICE
I certify that the foregoing MOTION FOR RELIEF FROM
ORDER was mailed / ~~faxed / hand delivered~~ to the following
parties or attorney(s) of record addressed as follows:

Carl Bauman
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street Suite 1001
Anchorage, Alaska 95903

DATED this 27th day of June, 2006.


_____
Brenda J. Faust

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRA CAROLINA BANK, et al., Case No. A06-0023 CI (TMB)
MOTION FOR RELIEF FROM ORDER
Page 2 of 2