Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY         ) <br> ) <br> Plaintiff,   ) <br> ) <br> vs.           ) <br> ) <br> CENTRAL CAROLINA BANK,  ) <br> BANNISTER AND WYATT, LLC,) <br> JOHN F. WYATT, W. O.   ) <br> BANNISTER, JR., and    ) <br> JOHN DOES I and II,    ) <br> ) <br> Defendants.  ) <br> _____) | Case No. A06-00023 CI (TMB) |

**ORDER**

The Motion for Relief From Order filed by plaintiff Craig McCarty has come before this Court for decision. This Court has reviewed the parties' memoranda and being otherwise familiar with the issues raised hereby enters the following finding:

1. The attorneys for defendants Bannister and Wyatt, John F. Wyatt, W. O. Bannister, Jr. filed a general entry of

appearance, which failed to preserve their objection to lack of personal jurisdiction.

      2.   Defendants Bannister and Wyatt have affirmatively sought relief under the laws and court rules of the State of Alaska.

For both reasons, the Bannister and Wyatt defendants have waived their objection to this Court's jurisdiction and the jurisdiction of the State of Alaska.

THEREFORE, the motion of plaintiff Craig McCarty is hereby Ordered. This Court's Order dated June ___, 2006, is

DATED this ____ day of June, 2006.

_____
U. S. District Court Judge

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax