Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

RECEIVED
JUN 2 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTRAL CAROLINA BANK,<br>BANNISTER AND WYATT, LLC,<br>JOHN F. WYATT, W. O.<br>BANNISTER, JR., and<br>JOHN DOES I and II,<br><br>    Defendants. | Case No. A06-00023 CI (TMB) |

**MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM ORDER**

COMES NOW plaintiff Craig McCarty, by and through his counsel of record, and moves for relief from this courts ORDER dated June 5, 2006 under Alaska Rules of Civil Procedure, Rule 60(b)(c).

Bannister and Wyatt moved to be dismissed from this lawsuit because Alaska did not have jurisdiction over them. They claimed to note have any contact with Alaska. In order for Alaska

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

to have jurisdiction the court had to find Bannister & Wyatt had minimum contacts with Alaska.

Bannister & Wyatt have now moved for an award of attorney fees under Alaska Rule of Civil Procedure, Rule 82(a)(2). Such relief is not available to them under the laws of the State of South Carolina. Thus, Bannister and Wyatt now affirmatively seek a benefit provided under the laws of the State of Alaska. They also seek an award against McCarty by an Alaskan court. Therefore, they seek an affirmative recovery from an Alaskan court. By seeking relief from an Alaskan Court, relying on an Alaskan law, Bannister and Wyatt have submitted themselves to the jurisdiction of this court.

Personal jurisdiction is something that can be waived. Bannister & Wyatt by asking this court for affirmative relief against McCarty from an Alaskan Court have waived their objection to personal jurisdiction. A party can waive an objection to personal jurisdiction by taking some step or proceeding beneficial to himself. *Thurnhill v Huston* 13 Alaska 150 (AK Ter. 1950)

Furthermore, the courts attention is called to the Entry of Appearance filed on behalf of Bannister & Wyatt on January 25, 2006. This is not a special Entry of Appearance. This is a General Entry of Appearance whereby Bannister & Wyatt waived the defense of lack of personal jurisdiction. It has long been the rule in Alaska where a defendant appears generally the court has

McCARTY v CENTRA CAROLINA BANK, et al., Case No. A06-0023 CI (TMB)
MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM ORDER
Page 2 of 3

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

jurisdiction over the person. *Bowersof v. B.M.Behrends Bank*, 7 Alaska 476 (AK Terr. 1926)

By their recent action defendant's have waived their objection to this court's personal jurisdiction and the personal jurisdiction of the State of Alaska.

For the reasons stated above, McCarty requests relief from the order dated June 5, 2006, that the dismissal with prejudice be revoked and this complaint reinstated as to defendant Bannister & Wyatt, LLC, W.O. Bannister and John F. Wyatt.

Dated this 27th day of June, 2006

Hal P. Gazaway, P.C.
Attorney for Plaintiff

By: _____
Hal P. Gazaway
Alaska Bar No. 7410077

**CERTIFICATE OF SERVICE**
I certify that the foregoing MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM ORDER was mailed / ~~faxed~~ / ~~hand delivered~~ to the following parties or attorney(s) of record addressed as follows:

Carl Bauman
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street Suite 1001
Anchorage, Alaska 95903

DATED this 27th day of June, 2006.

_____
Brenda J. Faust

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRA CAROLINA BANK, et al., Case No. A06-0023 CI (TMB)
MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM ORDER
Page 3 of 3