MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*McCarty v. Central Carolina Bank, et. al*

Case No. 3:06-cv-023-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Plaintiff moves for reconsideration of the Court's June 5, 2006, order granting dismissal of Defendants Bannister and Wyatt, LLC, John F. Wyatt, and W.O. Bannister, Jr.  The Court has reviewed the motion and authorities cited therein and concludes that reconsideration is not warranted.

**IT IS THEREFORE ORDERED:**
The motion for reconsideration at **Docket No. 38** is **DENIED**.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: June 28, 2006