Carl Bauman
Alaska Bar No. 7300138
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

Attorneys for Defendants
Bannister and Wyatt, LLC;
John F. Wyatt & O. W. Bannister

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG MCCARTY,<br><br>                Plaintiff,<br><br>vs.<br><br>CENTRAL CAROLINA BANK;<br>BANNISTER AND WYATT, LLC; JOHN<br>F. WYATT; O. W. BANNISTER, JR.,<br>and JOHN DOES I and II,<br><br>                Defendants. | Case No. 3:06-cv-00023-TMB<br><br><br><br><u>**SECOND AFFIDAVIT OF<br>CARL J.D. BAUMAN IN SUPPORT<br>OF MOTION FOR FEES**</u> |

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

      Carl J.D. Bauman, being first duly sworn upon his oath, deposes and testifies as follows:

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

1)  I am the attorney primarily responsible for this matter.

2)  In reviewing the invoices and draft invoices for purposes of supporting the motion for attorney's fees in this case, I excluded certain entries.

3)  The document attached hereto as Exhibit A consists of the two actual invoices submitted to date in this matter, redacted to eliminate the entries that were not included as part of the basis for the attorney fee computation, and to mask certain additional information of a confidential, privileged, or work product nature.  The submission of these actual time entries is not intended to constitute a waiver of the attorney client privilege.

4)  The first invoice inadvertently used $260 as my hourly rate.  An adjust appears on the second invoice to reduce that hourly rate to the agreed upon rate of $230.  The latter was used to compute the partial attorney fee award sought herein.

5)  No request to review the actual time entries was received from plaintiff's counsel.

6)  The client has not yet been invoiced for legal services rendered since May 31, 2006.  There are unbilled time entries in June for the preparation of the motion for attorney's fees as well as a few other minor services.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

7) The reply to the opposition to the motion for attorney fees, including review and redaction of the time entries and the preparation of this affidavit has taken an additional 2.5 hours at $230 per hour. 20% is $115.

FURTHER YOUR AFFIANT SAITH NAUGHT.

DATED July 5, 2006

_____
Carl Bauman
Alaska Bar No. 7300138
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number: (907) 274-7522
Facsimile Number: (907) 263-8320

SUBSCRIBED and SWORN to before me this 5th day of July, 2006.

_____
Notary Public in and for the State of Alaska
My Commission Expires: 10/27/2008

**Certificate of Service**

I here by certify that on the 5th day of July, 2006, a true and correct copy of the foregoing, substantively prepared in font Arial 13, was mailed, postage prepaid, to:

Hal P. Gazaway, Esq.
Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504

/s/ Carl Bauman
_____
Carl Bauman

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX