**Attorneys at Law**
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503-5931

**HUGHES BAUMAN PFIFFNER**
**GORSKI & SEEDORF, LLC**
Est. 1939

Telephone: (907) 274-7522
Fax: (907) 263-8320
IRS Number: 92-0041193

Client: 09001      Matter: 00001 - Craig McCarty v. Central Carolina Bank,      April 11, 2006

Invoice # 178731

**REDACT**

Amt. Due This Invoice:      $7,544.99
*Please remit top portion with payment*

**REDACT**

Client: 09001
Matter: 00001      Craig McCarty v. Central Carolina Bank,

Exhibit A Page 1 of 7
Case No. 3:06-cv-0023 TMB

**Time/Fee Detail:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/17/06 | CJB | Review request to handle new case for [REDACT] Review complaint. Direction re check for conflicts. | 0.75 | 195.00 |
| 01/17/06 | CJB | Communication to O.W. Bannister re my retention and the need to discuss the case. | 0.20 | 52.00 |
| 01/17/06 | RHB | Review complaint and research re diversity jurisdiction and fictitious defendants (1.5); | 1.50 | 277.50 |
| 01/18/06 | CJB | Letter to Hal Gazaway, attorney for plaintiff, re my firm's retention. | 0.20 | 52.00 |
| 01/18/06 | CJB | Phone call from Hal Gazaway regarding the lawsuit and his intentions. | 0.30 | 78.00 |
| 01/18/06 | CJB | Research standard for removal. Directions to Bussey. Letter to Mr. Bannister regarding my phone conversation with Hal Gazaway and my recommendation to remove the case to federal court. | 1.00 | 260.00 |
| 01/18/06 | RHB | Research re personal jurisdiction and waiver by motion to dismiss (1.5); review prior removal pleadings and prior research and memoranda re motion to dismiss for lack of personasl jurisdiction (2.0); prepare memo/outline re issues and applicable state and federal law and recommendations (1.0); | 4.50 | 832.50 |
| 01/19/06 | CJB | Note to [REDACT] with letter to Bannister and strategy points. | 0.20 | 52.00 |
| 01/24/06 | CJB | Work on removal package. Directions to legal assistant. | 1.75 | 455.00 |

Attorneys at Law
3260 "C" Street, Suite 1001
Anchorage, Alaska 99503-5931

**HUGHES BAUMAN PFIFFNER**
**GORSKI & SEEDORF, LLC**
*Est. 1939*

Telephone: (907) 274-7522
Fax: (907) 263-8320
IRS Number: 92-0041193

Client:  09001
Matter:  00001          Craig McCarty v. Central Carolina Bank,

Page 2
April 11, 2006
Invoice # 178731

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/25/06 | CJB | Continued work on removal package. Review letter from Mr. Bannister. Finalize and file removal to federal court. | 1.75 | 455.00 |
| 01/25/06 | PNH | Trip to state court. Copy entire state court file for removal to Federal Court. | 0.80 | 80.00 |
| 01/26/06 | CJB | Update status via e-mail to Mr. Bannister. Research and drafting on motion to dismiss for lack of personal jurisdiction. | 4.50 | 1,170.00 |
| 01/26/06 | CJB | Draft proposed affidavit by Bannister in support of motion to dismiss. Transmit same to Mr. Bannister. | 0.40 | 104.00 |
| 01/27/06 | CJB | Receive fully signed and notarized affidavit by William Bannister. Finalize and file motion to dismiss with attachments. Receive e-mail filing notifications from the court system regarding the removal package. Address issues from the clerk's office. | 1.00 | 260.00 |
| 01/30/06 | CJB | Prepare proposed order. | 0.20 | 52.00 |
| 02/09/06 | CJB | Prepare proposed order of dismissal. | 0.20 | 52.00 |
| 02/10/06 | CJB | Call from Gazaway. | 0.10 | 26.00 |
| 02/14/06 | CJB |  | 0.10 | 26.00 |
| 02/15/06 | CJB | Review e-mail [REDACT] and respond [REDACT] | 0.40 | 104.00 |
| 02/17/06 | CJB | Call from Hal Gazaway. Read opposition filed by Hal Gazaway for Craig McCarty. Read affidavit. Transmit same to Bill Bannister. | 0.75 | 195.00 |
| 02/24/06 | CJB |  | 0.10 | 26.00 |

Exhibit A Page 2 of 7
Case No. 3:06-cv-00023-TMB

Attorneys at Law
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503-5931

**HUGHES BAUMAN PFIFFNER**
**GORSKI & SEEDORF, LLC**
Est. 1939

Telephone: (907) 274-7522
Fax: (907) 263-8320
IRS Number: 92-0041193

Client:  09001
Matter:  00001        Craig McCarty v. Central Carolina Bank,

Page 3
April 11, 2006
Invoice # 178731

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/28/06 | CJB | Work on the reply to plaintiff's opposition to the motion to dismiss. | 3.00 | 780.00 |
| 03/02/06 | CJB | Additional work on reply. Call with REDACT less .75. Locate documents and send several e-mails with attachments to REDACT. Finalize reply. Prepare non-opposition to request for oral argument. Letter to Hal Gazaway. | 2.75 | 715.00 |
| 03/03/06 | CJB | Several e-mail communications with REDACT less .30 Letter to Mr. Bannister with enclosures. | 0.60 | 156.00 |
| 03/06/06 | CJB | Call from Hal Gazaway with oral settlement position. Convey to Mr. Bannister. | 0.50 | 130.00 |
| 03/08/06 | CJB | Read e-mails from REDACT less .20 regarding response to plaintiff's settlement position. Read letter from Bill Bannister. | 0.40 | 104.00 |
| 03/08/06 | KLA | Memo Re: S.C. procedure for mortgage foreclosure. Bauman (2.0). | 2.00 | 280.00 |
| 03/16/06 | CJB | Phone call from REDACT REDACT less .30 Letter to Mr. Bannister. | 0.50 | 130.00 |
| 03/29/06 | CJB | Receive court order for oral argument in Bannister. | 0.10 | 26.00 |
| | | **TOTAL FEES** | **30.55** | **$7,125.00** |

Exhibit A  Page 3  of 7
Case No. 3:06-cv-00023-TMB



Attorneys at Law
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503-5931

Telephone: (907) 274-7522
Fax: (907) 263-8320
IRS Number: 92-0041193

| Client: | 09001 | | Page 4 |
|---|---|---|---|
| Matter: | 00001 | Craig McCarty v. Central Carolina Bank, | April 11, 2006 |
| | | | Invoice # 178731 |

## Disbursements:

| Date | Expense Name | Amount |
|---|---|---|
| 01/18/06 | Computerized legal research | 5.53 |
| 01/25/06 | Copy; 219 Page(s) | 54.75 |
| 01/25/06 | Copy; 28 Page(s) | 7.00 |
| 01/25/06 | Payable to Clerk of Court for fee to file removal to Federal Court. | 250.00 |
| 01/25/06 | Postage | 3.27 |
| 01/26/06 | Computerized legal research | 44.17 |
| 01/26/06 | Copy; 46 Page(s) | 11.50 |
| 01/26/06 | Postage | 3.27 |
| 01/27/06 | Copy; 30 Page(s) | 7.50 |
| 01/30/06 | Copy; 4 Page(s) | 1.00 |
| 01/30/06 | Postage | 0.39 |
| 01/31/06 | Payable to Anchorage Bar Association for Copitrak. | 2.72 |
| 02/09/06 | Copy; 6 Page(s) | 1.50 |
| 02/09/06 | Postage | 0.63 |
| 02/21/06 | Copy; 45 Page(s) | 11.25 |
| 03/02/06 | Copy; 18 Page(s) | 4.50 |
| 03/02/06 | Copy; 10 Page(s) | 2.50 |
| 03/02/06 | Facsimile; 3388118, 2 Page(s) | 0.50 |
| 03/02/06 | Postage | 3.86 |

Exhibit A Page 4 of 7
Case No. 3:06-cv-00023-TMB

**HUGHES BAUMAN PFIFFNER**
**GORSKI & SEEDORF, LLC**
Est. 1939

Attorneys at Law
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503-5931

Telephone: (907) 274-7522
Fax: (907) 263-8320
IRS Number: 92-0041193

Client: 09001
Matter: 00001      Craig McCarty v. Central Carolina Bank,

Page 5
April 11, 2006
Invoice # 178731

| Date | Expense Name | Amount |
|---|---|---|
| 03/03/06 | Copy; 12 Page(s) | 3.00 |
| 03/03/06 | Postage | 0.39 |
| 03/03/06 | Telephone; | 0.12 |
| 03/07/06 | Copy; 1 Page(s) | 0.25 |
| 03/07/06 | Postage | 0.39 |
|  | **TOTAL DISBURSEMENTS** | **$419.99** |

REDACT

**Attorney Summary:**

| | | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| PNH | Hand, Peggy N. | 0.80 | 100.00 | 80.00 |
| KLA | Auer, Kelly L. | 2.00 | 140.00 | 280.00 |
| RHB | Bussey, Ronald H. | 6.00 | 185.00 | 1,110.00 |
| CJB | Bauman, Carl J.D. | 21.75 | 260.00 | 5,655.00 |
| Total all Attorneys | | 30.55 | | $7,125.00 |

**YOUR TOTAL SERVICES AND DISBURSEMENTS THIS INVOICE**  $7,544.99

IF YOU HAVE ANY QUESTIONS, PLEASE CALL.

Exhibit A  Page 5 of 7
Case No. 3:06-cv-00023-TMB

Attorneys at Law
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503-5931

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Est. 1939

Telephone: (907) 274-7522
Fax: (907) 263-8320
IRS Number: 92-0041193

Client: 09001  Matter: 00001 - Craig McCarty v. Central Carolina Bank,  June 12, 2006

Invoice # 179357

**Amt. Due This Invoice:** $889.18

*Please remit top portion with payment*

Client: 09001
Matter: 00001   Craig McCarty v. Central Carolina Bank,

## Time/Fee Detail:

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/05/06 | CJB | Receive notice of court issuance of a summons to the Central Carolina Bank. | 0.10 | 23.00 |
| 04/12/06 | CJB | Receive two notice of filings from the court. | 0.10 | 23.00 |
| 05/16/06 | CJB | Review motions, affidavits, correspondence, and case law in preparation for oral argument. | 1.20 | 276.00 |
| 05/16/06 | CJB | Attend and present oral argument in federal court. | 1.60 | 368.00 |
| 05/24/06 | CJB | Letter to Bannister & Wyatt reporting on the oral argument. Call from Hal Gazaway re his client's position. Second letter to Bannister & Wyatt. | 0.75 | 172.50 |
| 05/30/06 | CJB | | 0.10 | 23.00 |
| | | **TOTAL FEES** | **3.85** | **$885.50** |

Exhibit A Page 6 of 7
Case No. 3:06-cv-00023-TMB

Attorneys at Law
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503-5931

**HUGHES BAUMAN PFIFFNER**
**GORSKI & SEEDORF, LLC**
Est. 1939

Telephone: (907) 274-7522
Fax: (907) 263-8320
IRS Number: 92-0041193

Client:  09001
Matter:  00001       Craig McCarty v. Central Carolina Bank,

Page 2
June 12, 2006
Invoice # 179357

## Disbursements:

| Date | Expense Name | Amount |
|---|---|---|
| 04/12/06 | Postage | 0.78 |
| 04/13/06 | Copy; 4 Page(s) | 1.00 |
| 05/24/06 | Copy; 4 Page(s) | 1.00 |
| 05/24/06 | Postage | 0.78 |
| 05/24/06 | Telephone; | 0.12 |
| | **TOTAL DISBURSEMENTS** | **$3.68** |

REDACT

| Attorney Summary: | | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| CJB | Bauman, Carl J.D. | 3.85 | 230.00 | 885.50 |
| Total all Attorneys | | 3.85 | | $885.50 |

YOUR TOTAL SERVICES AND DISBURSEMENTS THIS INVOICE        $889.18

PRIOR BALANCE DUE:                                        $7,544.99
LESS CREDIT  21.75 HOURS x $30.00 = $652.50               $-652.50
TOTAL DUE INVOICE 178731                                  $6,892.49

Exhibit A Page 7 of 7
Case No. 3:06-cv-00023-TMB