Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

RECEIVED
JUL 18 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CENTRAL CAROLINA BANK, ) | Case No. A06-00023 CI (TMB) |
| BANNISTER AND WYATT, LLC,) | |
| JOHN F. WYATT, W. O. ) | |
| BANNISTER, JR., and ) | |
| JOHN DOES I and II, ) | |
| ) | |
| Defendants. ) | |

APPLICATION FOR ENTRY OF DEFAULT

TO: CLERK OF COURT

Pursuant to Civil Rule 55, plaintiff Craig McCarty, requests that you enter the default of defendant Central Carolina Bank, for failure to plead in or otherwise defend this action, as stated in the affidavit annexed.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

Dated this 17th day of July, 2006, at Anchorage, Alaska.

            HAL P. GAZAWAY, P.C.
            Attorney for Plaintiff

            By: /s/ Hal P. Gazaway
            Hal P. Gazaway
            Alaska Bar #7410077

**CERTIFICATE OF SERVICE**

I certify that the foregoing APPLICATION FOR ENTRY OF DEFAULT was mailed / ~~faxed / hand delivered~~ to the following parties or attorney(s) of record addressed as follows:

Carl Bauman
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street Suite 1001
Anchorage, Alaska 99503

Gary Sleeper
JERMAIN, DUNNAGAN & OWENS
3000 A Street #300
Anchorage, Alaska 99503

Raymond D. Fortin, Registered Agent
Central Carolina Bank
303 Peachtree Street #3600
Atlanta, Georgia 30308

Bannister & Wyatt, LLC
401 Pettigrew Street
PO Box 10007
Greenville, SC 29603

DATED this 18th day of July, 2006.

/s/ Brenda J. Faust
Brenda J. Faust

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax