Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY,                                                                                      Plaintiff, vs. CENTRAL CAROLINA BANK, BANNISTER AND WYATT, LLC, JOHN F. WYATT, W. O. BANNISTER, JR., and JOHN DOES I and II,                                                                                    Defendants. | Case No. A06-00023 CI (TMB) |

ENTRY OF DEFAULT

Plaintiff has requested that default be entered against defendant Central Carolina Bank, and said defendant has failed to plead in or otherwise defend this action.

IT IS ORDERED that default is entered against defendant Central Carolina Bank.

Dated this \_\_\_\_ day of July, 2006.

_____
CLERK OF COURT

**CERTIFICATE OF SERVICE**

I certify that the foregoing ENTRY OF DEFAULT was mailed / ~~faxed / hand delivered~~ to the following parties or attorney(s) of record addressed as follows:

Carl Bauman
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street Suite 1001
Anchorage, Alaska 99503

Gary Sleeper
JERMAIN, DUNNAGAN & OWENS
3000 A Street #300
Anchorage, Alaska 99503

Raymond D. Fortin, Registered Agent
Central Carolina Bank
303 Peachtree Street #3600
Atlanta, Georgia 30308

Bannister & Wyatt, LLC
401 Pettigrew Street
PO Box 10007
Greenville, SC 29603

DATED this \_\_\_\_ day of July, 2006.

_[signature]_
Brenda J. Faust

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRA CAROLINA BANK, et al., Case No. A06-0023 CI (TMB)
ENTRY OF DEFAULT
Page 2 of 2