Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CENTRAL CAROLINA BANK, ) | Case No. A06-00023 CI (TMB) |
| BANNISTER AND WYATT, LLC,) | |
| JOHN F. WYATT, W. O. ) | |
| BANNISTER, JR., and ) | |
| JOHN DOES I and II, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MOTION FOR DEFAULT JUDGMENT**

COMES NOW plaintiff Craig McCarty, by and through his counsel of record, Hal P. Gazaway, P.C. and pursuant to Federal Rule of Civil Procedure 55(b), moves for default judgment against defendant Central Carolina Bank.

Respectfully submitted this 17th day of July, 2006.

Hal P. Gazaway, P.C.
Attorney for Plaintiff


By: /s/ Hal P. Gazaway
Hal P. Gazaway
Alaska Bar No. 7410077


**CERTIFICATE OF SERVICE**
I certify that the foregoing MOTION FOR DEFAULT JUDGMENT
was mailed / ~~faxed / hand delivered~~ to the following parties
or attorney(s) of record addressed as follows:

Carl Bauman                          Gary Sleeper
HUGHES BAUMAN PFIFFNER                JERMAIN, DUNNAGAN & OWENS
GORSKI & SEEDORF, LLC                 3000 A Street #300
3900 C Street Suite 1001              Anchorage, Alaska 99503
Anchorage, Alaska 99503

Raymond D. Fortin, Registered Agent   Bannister & Wyatt, LLC
Central Carolina Bank                 401 Pettigrew Street
303 Peachtree Street #3600            PO Box 10007
Atlanta, Georgia 30308                Greenville, SC 29603

DATED this 18th day of July, 2006.


/s/ Brenda J. Faust
Brenda J. Faust

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRA CAROLINA BANK, et al., Case No. A06-0023 CI (TMB)
MOTION FOR DEFAULT JUDGMENT
Page 2 of 2