Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

RECEIVED
JUL 1 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTRAL CAROLINA BANK,<br>BANNISTER AND WYATT, LLC,<br>JOHN F. WYATT, W. O.<br>BANNISTER, JR., and<br>JOHN DOES I and II,<br><br>    Defendants. | Case No. A06-00023 CI (TMB) |

**MEMORANDUM IN SUPPORT OF
MOTION FOR DEFAULT JUDGMENT**

    Plaintiff Craig McCarty, has brought his motion for default judgment pursuant to Federal Rule of Civil Procedure 6(b)(1).

    The complaint against Central Carolina Bank was for the fixed sum of $25,232.23 (Exhibit 1).

    Plaintiff served Central Carolina Bank with a copy of

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

Dated this _17th_ day of July, 2006, at Anchorage, Alaska.

HAL P. GAZAWAY, P.C.
Attorney for Plaintiff

By: _/s/ Hal P. Gazaway_
Hal P. Gazaway
Alaska Bar #7410077

**CERTIFICATE OF SERVICE**

I certify that the foregoing APPLICATION FOR ENTRY OF DEFAULT was mailed X / ~~faxed~~ / ~~hand delivered~~ to the following parties or attorney(s) of record addressed as follows:

Carl Bauman
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street Suite 1001
Anchorage, Alaska 99503

Gary Sleeper
JERMAIN, DUNNAGAN & OWENS
3000 A Street #300
Anchorage, Alaska 99503

Raymond D. Fortin, Registered Agent
Central Carolina Bank
303 Peachtree Street #3600
Atlanta, Georgia 30308

Bannister & Wyatt, LLC
401 Pettigrew Street
PO Box 10007
Greenville, SC 29603

DATED this _13th_ day of July, 2006.

_/s/ Brenda J. Faust_
Brenda J. Faust

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax