Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

RECEIVED
JUL 18 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CENTRAL CAROLINA BANK, ) <br> BANNISTER AND WYATT, LLC, ) <br> JOHN F. WYATT, W. O. ) <br> BANNISTER, JR., and ) <br> JOHN DOES I and II, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. A06-00023 CI (TMB) |

AFFIDAVIT FOR DEFAULT JUDGMENT

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

       Hal P. Gazaway, being duly sworn depose and state:

       1.   I am counsel for plaintiff Craig McCarty in the above entitled action.

       2.   That the Complaint and Summons herein were served

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

on the defendant Central Carolina Bank, on April 19, 2006, by certified mail, a copy of the return receipt is attached hereto as Exhibit 2.

3. The time within which defendant Central Carolina Bank could plead or otherwise defend this action has expired without such action by defendant.

4. Plaintiff requests judgment in the amount of $25,232.23 against defendant Central Carolina Bank.

FURTHER your affiant sayeth naught.

_____
HAL P. GAZAWAY

SUBSCRIBED AND SWORN to before me this 18th day of July, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 8-29-2007

**CERTIFICATE OF SERVICE**

I certify that the foregoing AFFIDAVIT FOR DEFAULT JUDGMENT was mailed / faxed / hand delivered to the following attorney(s) of record addressed as follows:

Carl Bauman
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street Suite 1001
Anchorage, Alaska 99503

Gary Sleeper
JERMAIN, DUNNAGAN & OWENS
3000 A Street #300
Anchorage, Alaska 99503

Raymond D. Fortin, Registered Agent     Bannister & Wyatt, LLC

McCARTY v CENTRA CAROLINA BANK, et al., Case No. A06-0023 CI (TMB)
AFFIDAVIT FOR DEFAULT JUDGMENT
Page 2 of 3

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

```
Central Carolina Bank              401 Pettigrew Street
303 Peachtree Street #3600         PO Box 10007
Atlanta, Georgia 30308             Greenville, SC 29603
```

DATED this 18th day of July, 2006.

*(signature)*
Brenda J. Faust

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRA CAROLINA BANK, et al., Case No. A06-0023 CI (TMB)
AFFIDAVIT FOR DEFAULT JUDGMENT
Page 3 of 3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *L. Swift* ☒ Agent ☐ Addressee | |
| | B. Received by (Printed Name)<br>L. Swift | C. Date of Delivery<br>4-19-06 |
| 1. Article Addressed to:<br><br>Raymond D. Fortin RA<br>Central Carolina Bank<br>303 Peachtree St #3600<br>Atlanta GA 30308 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☒ Yes | |
| 2. Article Number (Transfer from service label) | 7000 0520 0015 6548 4692 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

Exhibit 2
Page 1 of 1