Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CENTRAL CAROLINA BANK, ) | Case No. A06-00023 CI (TMB) |
| BANNISTER AND WYATT, LLC,) | |
| JOHN F. WYATT, W. O. ) | |
| BANNISTER, JR., and ) | |
| JOHN DOES I and II, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

DEFAULT JUDGMENT

Default has been entered against defendant Central Carolina Bank.

Plaintiff served Central Carolina Bank with a copy of his complaint on April 19, 2006 by certified mail. (Exhibit 2).

No answer has been filed by Central Carolina Bank with this Court nor served upon plaintiff's counsel.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

Plaintiff Craig McCarty requests judgment in the amount of $25,232.23 against defendant Central Carolina Bank. and said defendant has failed to plead in or otherwise defend this action.

IT IS ORDERED that judgment is entered against defendant Central Carolina Bank in the amount of $25,232.23.

Dated this 17th day of July, 2006.

_____
CLERK OF COURT

**CERTIFICATE OF SERVICE**

I certify that the foregoing DEFAULT JUDGMENT was mailed / faxed / hand delivered to the following parties or attorney(s) of record addressed as follows:

Carl Bauman
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street Suite 1001
Anchorage, Alaska 99503

Gary Sleeper
JERMAIN, DUNNAGAN & OWENS
3000 A Street #300
Anchorage, Alaska 99503

Raymond D. Fortin, Registered Agent
Central Carolina Bank
303 Peachtree Street #3600
Atlanta, Georgia 30308

Bannister & Wyatt, LLC
401 Pettigrew Street
PO Box 10007
Greenville, SC 29603

DATED this 18th day of July, 2006.

_____
Brenda J. Faust

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8148 fax

McCARTY v CENTRA CAROLINA BANK, et al., Case No. A06-0023 CI (TMB)
DEFAULT JUDGMENT
Page 2 of 2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X X. Swift | ☒ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>L. Swift | C. Date of Delivery<br>4-19-06 |
| 1. Article Addressed to:<br>Raymond D. Fortin RA<br>Central Carolina Bank<br>303 Peachtree St #3600<br>Atlanta GA 30308 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☒ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7000 0520 0015 6548 4692 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

Exhibit 2
Page 1 of 1