Gary C. Sleeper
Alaska Bar No. 8111130
JERMAIN DUNNAGAN & OWENS, PC
3000 A Street, Suite 300
Anchorage, AK 99503-4097
Phone No. (907) 563-8844
Fax No. (907) 563-7322
E-mail: rcaverly@jdolaw.com

Attorneys for Central Carolina Bank



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG MCCARTY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CENTRAL CAROLINA BANK;<br>BANNISTER AND WYATT, LLC; JOHN<br>F. WYATT; O. W. BANNISTER, JR., and<br>JOHN DOES I and II,<br><br>　　　　Defendants. | Case No. 3:06-CV-00023 TMB |

### ENTRY OF APPEARANCE

COMES NOW the law firm of JERMAIN, DUNNAGAN & OWENS, P.C. and enters its appearance on behalf of Central Carolina Bank, and requests that copies of all future pleadings and documents be sent to it at 3000 'A' Street, Suite 300, Anchorage, Alaska 99503-4097.

DATED at Anchorage, Alaska this _20th_ day of July, 2006

                JERMAIN DUNNAGAN & OWENS, P.C.
                Attorneys for Central Carolina Bank

                By: _____
                      Gary C. Sleeper
                      JERMAIN DUNNAGAN & OWENS, PC
                      3000 A Street, Suite 300
                      Anchorage, AK  99503-4097
                      Phone: (907) 563-8844
                      Fax: (907) 563-7322
                      E-mail:  rcaverly@jdolaw.com
                      Alaska Bar No. 8111130

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing was served by regular U.S. mail this _20th_ day of July, 2006 on:

Hal P. Gazaway
8620 Boundary Avenue
Anchorage, AK  99504

Carl J.D. Bauman
Hughes Bauman Pfiffner
 Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503

_____
8583.1/127386

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

ENTRY OF APPEARANCE          McCarty v Central Carolina Bank
Page 2 of 2                                           3:06-CV-00023