Gary C. Sleeper
Alaska Bar No. 8111130
JERMAIN DUNNAGAN & OWENS, PC
3000 A Street, Suite 300
Anchorage, AK  99503-4097
Phone No. (907) 563-8844
Fax No. (907) 563-7322
E-mail:  rcaverly@jdolaw.com

Attorneys for Central Carolina Bank

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG MCCARTY,<br><br>        Plaintiff,<br><br>v.<br><br>CENTRAL CAROLINA BANK; BANNISTER AND WYATT, LLC; JOHN F. WYATT; O. W. BANNISTER, JR., and JOHN DOES I and II,<br><br>        Defendants. | Case No. 3:06-CV-00023 TMB |

**STIPULATION TO VACATE ENTRY OF DEFAULT**

COME NOW the parties, by and through the undersigned, their attorneys of record, and stipulate and agree, with the Court's consent, that the Clerk's Entry of Default as to Central Carolina Bank entered on July 19, 2006 at Docket Entry No. 46 be vacated.

HAL P. GAZAWAY, P.C.
Attorney for Plaintiff

Dated: July 27, 2006          By:   */s/ Hal P. Gazaway (consented)*
                                    Hal P. Gazaway
                                    8620 Boundary Avenue
                                    Anchorage, AK 99504
                                    Tel.: (907) 338-8111
                                    Fax: (907) 338-8118
                                    Alaska Bar No. 7410077

                              JERMAIN, DUNNAGAN & OWENS, P.C.
                              Attorneys for Central Carolina Bank

Dated:  July 26, 2006         By:   */s/ Gary C. Sleeper*
                                    Gary C. Sleeper
                                    Jermain, Dunnagan & Owens, P.C.
                                    3000 A Street, Suite 300
                                    Anchorage, AK 99503
                                    Tel: (907) 563-8844
                                    Fax: (907) 563-7322
                                    rcaverly@jdolaw.com
                                    Alaska Bar No. 8111130

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy
of the Stipulation to Vacate Entry of
Default was served by regular
U.S. mail this 27th day of July, 2006 on:

Carl J.D. Bauman
Hughes Bauman Pfiffner
 Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503

_____
8583.1/127968