Gary C. Sleeper
Alaska Bar No. 8111130
JERMAIN DUNNAGAN & OWENS, PC
3000 A Street, Suite 300
Anchorage, AK  99503-4097
Phone No. (907) 563-8844
Fax No. (907) 563-7322
E-mail:  rcaverly@jdolaw.com

Attorneys for Central Carolina Bank

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG MCCARTY,<br><br>         Plaintiff,<br><br>v.<br><br>CENTRAL CAROLINA BANK;<br>BANNISTER AND WYATT, LLC; JOHN<br>F. WYATT; O. W. BANNISTER, JR., and<br>JOHN DOES I and II,<br><br>         Defendants. | Case No. 3:06-CV-00023 TMB |

**[PROPOSED] ORDER VACATING ENTRY OF DEFAULT**

Pursuant to the stipulation between the parties,

IT IS HEREBY ORDERED that the Clerk's Entry of Default entered on July 19, 2006 at Docket Entry No. 46 is hereby vacated.

DATED: _____, 2006                    _____
                                                                          TIMOTHY M. BURGESS
                                                                          U.S. District Court Judge

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the Stipulation to Vacate Entry of Default was served by regular U.S. mail this 27th day of July, 2006 on:

Carl J.D. Bauman
Hughes Bauman Pfiffner
 Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503

_____
8583.1/127973