IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG MCCARTY,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL CAROLINA BANK;<br>BANNISTER AND WYATT, LLC; JOHN<br>F. WYATT; O. W. BANNISTER, JR., and<br>JOHN DOES I and II,<br><br>    Defendants. | Case No. 3:06-CV-00023 TMB |

## ORDER

IT IS HEREBY ORDERED that upon stipulation of the parties, (Docket 51), the Clerk's Entry of Default entered at Docket 46 is hereby VACATED. Accordingly, the Motion for Default Judgment at Docket 47 is DENIED AS MOOT.

It does not appear that the Motion to Remand at Docket 35 was served on Defendant Central Carolina Bank. Accordingly, Central Carolina Bank shall have until August 9, 2006, to file any Opposition to the Motion at Docket 35. The Court will take the Motion at Docket 35 under advisement at that time.

DATED: August 1, 2006            s/ Timothy Burgess
                                 TIMOTHY M. BURGESS
                                 U.S. District Court Judge