Gary C. Sleeper, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322

Attorneys for Central Carolina Bank

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| CRAIG McCARTY,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL CAROLINA BANK, BANNISTER AND WYATT, LLC, JOHN F. WYATT, W.O. BANNISTER, JR., and JOHN DOES I AND II,<br><br>Defendants. | Case No. A06-00023 CI (TMB) |

**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

COMES NOW Defendant, Central Carolina Bank (hereinafter "CCB") by and through its attorneys of record, and pursuant to Fed.R.Civ.Proc. 12(b)(2), moves to dismiss plaintiff's claims against it, for lack of personal jurisdiction and improper venue. This motion is supported by the pleadings on file and the memorandum filed concurrently herewith.

Motion to Dismiss for Lack of Personal
Jurisdiction and Improper Venue
*McCarthy v. Central Carolina Bank, et al*, Case No. A06-00023 Cv (TMB) Page 1 of 2

DATED at Anchorage, Alaska this 9th day of August, 2006

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Central Carolina Bank

By: */s/ Gary C. Sleeper*

Gary C. Sleeper
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503
Tel: (907) 563-8844
Fax: (907) 563-7322
rcaverly@jdolaw.com
Alaska Bar No. 8111130

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 9th day of August, 2006, a true and correct copy of ***Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue*** was served on:

Hal P. Gazaway
8620 Boundary Avenue
Anchorage, AK 99504

by first class mail, if an address is indicated above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

*/s/ Ruth Caverly*
Ruth Caverly
Jermain Dunnagan & Owens, P.C.
8583.1/128591

Motion to Dismiss for Lack of Personal
Jurisdiction and Improper Venue
*McCarthy v. Central Carolina Bank, et al*, Case No. A06-00023 Cv (TMB) Page 2 of 2