Gary C. Sleeper, Esq.
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK  99503
Telephone:  (907) 563-8844
Facsimile:   (907) 563-7322

Attorneys for Central Carolina Bank

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CENTRAL CAROLINA BANK, BANNISTER AND WYATT, LLC, JOHN F. WYATT, W.O. BANNISTER, JR., and JOHN DOES I AND II,<br><br>　　　　　Defendants. | Case No. A06-00023 CI (TMB) |

### [PROPOSED] ORDER ON DEFENDANT CENTRAL CAROLINA BANK'S MOTION TO DISMISS

Defendant, Central Carolina Bank, having filed a motion to dismiss pursuant to Fed.R.Civ. P. 12(b)(2), for lack of personal jurisdiction and improper venue, the court having considered the motion and any opposition thereto, and being otherwise fully advised in the merits,

IT IS HEREBY ORDERED that the motion is GRANTED.  This case is dismissed without prejudice, as to defendant Central Carolina Bank.

DATED: _____, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY M. BURGESS
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

[Proposed] Order on Defendant Central Carolina Bank's
Motion to Dismiss
*McCarthy v. Central Carolina Bank, et al*, Case No. A06-00023 Cv (TMB)　　　　　　　　　　　Page 1 of 2

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on this
9th day of August, 2006, a true and correct
copy of Proposed Order on Defendant Central
Carolina Bank's Motion to Dismiss was served on:

Hal P. Gazaway
8620 Boundary Avenue
Anchorage, AK 99504

by first class mail, if an address is indicated above,
or by electronic means through the ECF system as
indicated on the Notice of Electronic Filing.

*/s/ Ruth Caverly*
Ruth Caverly
Jermain Dunnagan & Owens, P.C.
8583.1/128593

[Proposed] Order on Defendant Central Carolina Bank's
Motion to Dismiss
*McCarthy v. Central Carolina Bank, et al*, Case No. A06-00023 Cv (TMB)    Page 2 of 2