RECEIVED
AUG 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CENTRAL CAROLINA BANK,<br>JOHN DOES I and II,<br><br>　　　　Defendants. | Case No. A06-00023 CI (TMB) |

**MOTION TO FILE AMENDED COMPLAINT**

COMES NOW plaintiff Craig McCarty, by and through his counsel of record, Hal P. Gazaway, P.C. and files this motion to Amend his Complaint pursuant to Federal Rules of Civil Procedure, Rule 15(a), moves to amend his complaint to conform to the Court's ruling as to defendants Bannister and Wyatt.

Plaintiff supports this motion with the accompanying

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

amended complaint.

    Respectfully submitted this 22nd day of August, 2006.

        Hal P. Gazaway, P.C.
        Attorney for Plaintiff


      By: _____
         Hal P. Gazaway
         Alaska Bar No. 7410077


**CERTIFICATE OF SERVICE**
I certify that the foregoing MOTION TO FILE AMENDED COMPLAINT was mailed / ~~faxed / hand delivered~~ to the following parties or attorney(s) of record addressed as follows:

Gary C. Sleeper
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

DATED this 22nd day of August, 2006.

_____
Brenda J. Faust

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax