Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

RECEIVED

AUG 2 2 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CRAIG McCARTY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. A06-00023 CI (TMB) |
| | ) | |
| vs. | ) | |
| | ) | |
| CENTRAL CAROLINA BANK, | ) | **PLAINTIFF'S FIRST AMENDED** |
| and JOHN DOES I and II, | ) | **COMPLAINT** |
| | ) | |
| Defendants. | ) | |

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

COMES NOW the plaintiff CRAIG McCARTY, by and through his attorney, Hal P. Gazaway, and for his action against defendant CENTRAL CAROLINA BANK, and JOHN DOES I and II, alleges as follows:

I.

Plaintiff Craig McCarty is a resident of the State of Alaska.

II.

Upon information and belief, defendant corporations Central Carolina is a corporation organized under the laws of the State of South Carolina doing business in the State of South Carolina. John Doe I and John Doe II's residency is unknown. As set forth below, the defendant engaged in the sale of deed of trust notes to a resident of the State of Alaska.

III.

The State of Alaska has jurisdiction based upon Alaska's long arm statute, A.S. 09.05.015.

IV.

The subject of this action are two deed of trust notes secured by a residential tract of real property located at 992 Adams Avenue, Wareshoals, South Carolina. The legal description of which is:

> All that parcel or land in City of Ware Shoals, Laurens County, State of South Carolina, as more fully described in Deed Book 373, Page 236, ID#041-00-00-006. Being known and designated as 21.29 acres, Book 9 Page 184, Less and Except in Book 245 Page 958.
>
> Less and Except 16 acres, more or less, conveyed to Ellis R. Brewington in Deed Book 245 at Page 958, and Less and Except 2.55 acres, more or less, conveyed to Thomas Gregory Culbertson in Deed Book 373 at Page

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504

(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRAL CAROLINA BANK et al., Case No. A06-0023 CI (TMB)
FIRST AMENDED COMPLAINT
PAGE 2 of 7

235.

V.

Until 1996, Marie Lewis McCarty held title to the subject property. On or about November 25, 1996, Marie Lewis McCarty conveyed an interest in the subject property to James David McCarty.

VI.

On or about April 3, 1992 James David McCarty encumbered the subject property with a mortgage in favor of Heritage Federal Bank. This loan received Loan Number 60703021.

VII.

On or about June 4, 1999, James David McCarty encumbered the subject property with a mortgage in the amount of $20,000.00 in favor of Heritage Federal Bank. This loan received Loan Number 607048556.

VIII.

At a date unknown to plaintiff, Central Carolina Bank succeeded to the security interest in the property held by Heritage Federal Bank.

IX.

On January 4, 2005, Craig McCarty offered to purchase the First Deed of Trust Note for Loan Number 607030241, from

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8820 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRAL CAROLINA BANK et al., Case No. A06-0023 CI (TMB)
FIRST AMENDED COMPLAINT
PAGE 3 of 7

Central Carolina Bank for the sum of $13,459.09.

X.

On January 4, 2005, Craig McCarty offered to purchase the Second Deed of Trust Note, from Central Carolina Bank for the sum of $9,924.31.

XI.

The parties subsequently agreed that for the sums of $14,405.42 and $10,826.81 to be paid by McCarty for the First and Second Deed of Trust Notes respectively, Central Carolina Bank would assign both mortgage notes to Craig McCarty.

XII.

John F. Wyatt and Bannister and Wyatt, LLC, acting as attorneys and agents of Central Carolina Bank, accepted Craig McCarty's offer to purchase the two mortgage notes, for the total sum of $25,232.23 to be paid by January 21, 2005. The parties agreed McCarty would make the purchase by sending the funds to the trust account of Bannister and Wyatt, LLC in exchange for the assignment of the notes.

XIII.

On January 21, 2005, Craig McCarty wire transferred $25,232.23 to the trust account of Bannister and Wyatt, LLC with instructions these funds would be used to purchase the mortgage

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

notes in favor of Central Carolina Bank and secured by the previously described property.

### XIV.

At some date subsequent to January 21, 2005, acting contrary to the express instructions of Craig McCarty, Bannister and Wyatt and John Doe I disbursed $25,232.23 to Central Carolina Bank without obtaining an assignment of the deed of trust notes to Craig McCarty of the deeds of trust secured by the subject property.

### XV.

Subsequent to January 21, 2005, Central Carolina Bank, Bannister and Wyatt, LLC, and John Doe I and John Doe II used misrepresentations to conceal the fact that contrary to the agreement between McCarty and Central Carolina Bank, Central Carolina Bank it planned to treat the transaction as a payoff of the two deeds of trust notes, not as an assignment of the two mortgage notes.

### XVI.

On or about April 15, 2005, a lawsuit for mortgage foreclosure and reformation was brought against the subject property, Marie McCarty and Craig McCarty for the sum of $49,600 together with interest at the rate of 8.25%. This lawsuit was

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

brought by Mortgage Electronic Registration Systems, Inc. As nominee for GMAC Mortgage Corporation, d/b/a Ditech.Com.

## COUNT I

### XVII.

McCarty repleads paragraphs I through XVI the same as if fully set forth herein.

### XVIII.

Central Carolina Bank breached its contract with McCarty when it used the funds to pay off the loan balance and failed to deliver an assignment of the two deed of trust notes, numbered 607048556 and 607030241.

### XIX.

As a direct and proximate result of Central Carolina Bank's breach of contract, plaintiff Craig McCarty will be damaged in an amount to be proven at trial.

WHEREFORE, plaintiff Craig McCarty prays for judgment as follows:

1.     For specific performance by assigning the two mortgage notes secured by the subject property for the previously paid purchase price agreed to by the parties for the assignment in the amount of $25,232.23.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRAL CAROLINA BANK et al., Case No. A06-0023 CI (TMB)
FIRST AMENDED COMPLAINT
PAGE 6 of 7

2.    For damages against Central Carolina Bank due to the breach of the agreement to assign the deed of trust notes to Craig McCarty.

3. For pre-judgment interest.

4.    For plaintiff's attorney fees and costs in bringing this action.

5.    For such other and further relief as this Court deems just and equitable.

DATED at Anchorage, Alaska, this _____ day of August, 2006.

HAL P. GAZAWAY, P.C.
Attorney for Plaintiff


By: _____
    Hal P. Gazaway
    Alaska Bar No. 7410077

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8820 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504

(907) 338-8111
(907) 338-8118 fax