Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CENTRAL CAROLINA BANK, )<br>JOHN DOES I and II, )<br>)<br>Defendants. )<br>_____ ) | Case No. A06-00023 CI (TMB) |

**MOTION FOR DISCOVERY AS TO JURISDICTION**

COMES NOW plaintiff Craig McCarty, by and through his counsel of record, Hal P. Gazaway, P.C. and moves for discovery on the issue of this Court's jurisdiction over defendant bank.

Plaintiff requests discovery pursuant to Federal Rule of Civil Procedure, Rule 56(f).

Respectfully submitted this 22nd day of August, 2006.

                          Hal P. Gazaway, P.C.
                          Attorney for Plaintiff

                By: _____
                     Hal P. Gazaway
                     Alaska Bar No. 7410077

**CERTIFICATE OF SERVICE**
I certify that the foregoing MOTION FOR DISCOVERY AS TO JURISDICTION was mailed / ~~faxed / hand delivered~~ to the following parties or attorney(s) of record addressed as follows:

Gary Sleeper
JERMAIN DUNNAGAN & OWENS
3000 A Street, Suite 300
Anchorage, AK 99503

DATED this _____ day of August, 2006.

_____
Brenda J. Faust

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRA CAROLINA BANK, et al., Case No. A06-0023 CI (TMB)
MOTION FOR DISCOVERY AS TO JURISDICTION
Page 2 of 2