Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CENTRAL CAROLINA BANK, ) | Case No. A06-00023 CI (TMB) |
| JOHN DOES I and II, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM IN SUPPORT OF
MOTION FOR DISCOVERY AS TO JURISDICTION**

Defendant Central Carolina Bank has filed a motion to dismiss for lack of personal jurisdiction. A review of defendant's motion reflects defendant has asserted a great many facts that are not stated in plaintiff's complaint. These allegations are unsubstantiated and therefore should be disregarded, for purposes of deciding and denying the motion under Federal Rule of Civil Procedure, Rule 612(b)(2).

However it would be possible, defendant might cure the defect in its motion and supplement the record with affidavits and the Court might seek to review the motion and consider it in light of defendant's allegations.

Therefore, plaintiff requests to conduct discovery on the bank to determine whether the notes still exist, who held the notes on January 7, 2005, the extent of the holder's advertising in national media, the extent of the holder of the notes held other notes signed, purchased, or assumed by other Alaskan residents or secured by Alaskan property.

Pursuant to Federal Rule of Civil Procedure, Rule 56(f), plaintiff requests leave of court to conduct discovery and take depositions to determine the extent of defendant bank's contact with Alaska.

Respectfully submitted this 22nd day of August, 2006.

Hal P. Gazaway, P.C.
Attorney for Plaintiff

By: /s/ Hal P. Gazaway
Hal P. Gazaway
Alaska Bar No. 7410077

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

**CERTIFICATE OF SERVICE**

I certify that the foregoing MEMORANDUM IN SUPPORT OF MOTION FOR DISCOVERY AS TO JURISDICTION was mailed / ~~faxed~~ / ~~hand delivered~~ to the following parties or attorney(s) of record addressed as follows:

Gary Sleeper
JERMAIN DUNNAGAN & OWENS
3000 A Street, Suite 300
Anchorage, AK 99503

DATED this 22nd day of August, 2006.

_____
Brenda J. Faust

**HAL P. GAZAWAY, P.C.**
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRA CAROLINA BANK, et al., Case No. A06-0023 CI (TMB)
MEMORANDUM IN SUPPORT OF MOTION FOR DISCOVERY AS TO JURISDICTION
Page 3 of 3