McCarty Properties<br>
7049 Arctic Boulevard<br>
Anchorage Alaska 99518<br>
(907) 522-3949<br>
(907) 522-1586 fax

January 4th, 2005

Re: Assignment Purchase:
First Mortgage # 607030241 $13,459.09
Second Mortgage #607048556 $9,924.31

John Vernon
Central Carolina Bank
Division of National Bank OF Commerce
309 Monroe Ave.
Memphis, TN. 38013

Dear Mr. Vernon

    This letter should serve as my formal offer to purchase the 1st Deed of Trust account 607030241 $13,459.09 and the 2nd Deed of Trust $ 9,924.31 total of both $23,383.40. The property address I show is 992 Davis Road Ware Shoals, SC 29692. My research shows that your bank as the current owner of interest.
    The first note was filed by Heritage Federal 4/10/92 in book 308 at page 159, original amount of $50,000. The second note was filed 6/4/99 in book 769 at page 154, original amount $20,000.
    Upon accepting my offer and receiving from you a copy of the current loan documents and file, I will provide certified funds in the amount of $23,383.40. I understand that there is to be a balance owing for Attorney fees and costs from the current foreclosure file. I will offer to pay those costs up to the amount of estimate at $2500.00
    I look forward to hearing from you. Thank You.

Sincerely,

*[signature]*
Craig McCarty

Exhibit ___1___
Page ___1___ of _1_