Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY, <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL CAROLINA BANK, BANNISTER AND WYATT, LLC, JOHN F. WYATT, W. O. BANNISTER, JR., and JOHN DOES I and II, <br><br> Defendants. | Case No. A06-00023 CI (TMB) |

**RULE 5 PROOF OF SERVICE**

STATE OF ALASKA       )
                                        ) ss.
THIRD JUDICIAL DISTRICT )

Hal P. Gazaway, attorney for plaintiff Craig McCarty, being duly sworn, states as follows:

1. This affidavit is filed in compliance with the requirements of Federal R.Civ.P. 5.

2. On April 19, 2006, defendant Central Carolina Bank

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

copy to client
6/16/06

Exhibit 2
Page 1 of 3

was served with a copy of the Summons and Complaint, by certified mail, restricted delivery, pursuant to the attached copy of PS Form 3811.

    3.    All defendants in this action have now been served with the summons and complaint.

    FURTHER your affiant sayeth naught.

*[signature]*
Hal P. Gazaway

SUBSCRIBED and SWORN to before me this 16th day of June, 2006.

*[signature]*
Notary Public in and for Alaska
My Commission Expires: 08/29/07

**CERTIFICATE OF SERVICE**

I certify that the foregoing NOTICE REGARDING COMPROMISE ON PENDING MOTION was mailed / ~~faxed / hand delivered~~ to the following parties or attorney(s) of record addressed as follows:

Carl Bauman
HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
3900 C Street Suite 1001
Anchorage, Alaska 95903

DATED this 16 day of June, 2006.

*[signature]*
Brenda J. Faust

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRA CAROLINA BANK, et al., Case No. A06-0023 CI (TMB)
RULE 5 PROOF OF SERVICE
Page 2 of 2

Exhibit 2
Page 2 of 3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ̸ . Swift   ☒ Agent  ☐ Addressee | |
| | B. Received by (Printed Name)<br>L. Swift | C. Date of Delivery<br>4-19-06 |
| 1. Article Addressed to:<br><br>Raymond D. Fortin RA<br>Central Carolina Bank<br>303 Peachtree St #3600<br>Atlanta GA 30308 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☒ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7000 0520 0015 6548 4692 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

Exhibit 2
Page 3 of 3