

**Robert A. Bruce**
*Associate Counsel*
Kanawha Insurance Company

210 South White Street
Post Office Box 610
Lancaster, South Carolina 29721-0610

Phone: 803-283-5388
robert.bruce@kmgamerica.com

January 11, 2006

Hal P. Gazaway, PC
8620 Boundary
Anchorage, AK 99504-1412

RE: Central Carolina Bank, Bannister and Wyatt, LLC,
John F. Wyatt, W.O. Bannister, and John Does I and II
Docket #a3AN-05-14427CI

Dear Mr. Gazaway:

I am in receipt of and have reviewed the Summons and Complaint, which was sent to Thomas W. Thomas as registered agent for service for Central Carolina Bank and received on January 9, 2006.

Central Carolina Bank ceased banking operations in 1982 and changed its name to Central Carolina Corporation. In 1988, Central Carolina Corporation became Central Reassurance Corporation, which has since merged into Kanawha Insurance Company.

Central Carolina Bank & Trust Company ("CCB"), is a subsidiary of National Commerce Financial Corporation and domiciled in Tennessee. We believe CCB operates or operated branches in South Carolina and throughout the Southeast.

I hope you will agree that we do not need to take any action in this case. Consequently, I am returning your original documents to you. If you wish to discuss this matter or if you have any questions, please do not hesitate to contact me at (800) 635-4252, Ext. 5921.

Sincerely,

Robert A. Bruce
Associate Counsel

Enclosures

Exhibit 3
Page 1 of 1

*Kanawha Insurance Company is a subsidiary of KMG America Corporation.*