


**HAL P. GAZAWAY, P.C.**
8620 Boundary Avenue
Anchorage, Alaska 99504

Telephone (907) 338-8111
Facsimile (907) 338-8118

June 12, 2006

Gary C. Sleeper
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

Dear Gary,

This will follow up on our conversation last March. Apparently the Central Carolina Banks interest in the notes had been assigned to Sun Trust Bank at the time my client negotiated to purchase them. The information we received suggest the registered agent to be Raymond D. Fortin in Atlanta, Georgia on April 19, 2006. (See enclosure)

Kindly let me know if this is the registered agent for your clients firm and whether you will be appearing in this action. In the meantime the District Court has dismissed the law firm of Bannister and Wyatt from the law suit. We will be moving to remand the case back to state court for further proceedings.

Very truly yours,

Hal P. Gazaway

HPG/vjr
Enclosure

Exhibit 4
Page 1 of 1