

**HAL P. GAZAWAY, P.C.**
*8620 Boundary Avenue*
*Anchorage, Alaska 99504*

*Telephone (907) 338-8111*
*Facsimile (907) 338-8118*



July 21, 2006

Gary C. Sleeper
JERMAIN, DUNNAGAN & OWENS, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503

    RE:   Craig McCarty v. Central Carolina Bank

Dear Gary:

This will acknowledge receipt of your letter dated July 20, 2006.

Of course you received a copy of the Application for Entry of Default. My office mailed you a copy.

As far as your complaint, about not being given reasonable notice before we filed for default, I sent you a letter dated June 12, 2006 advising you we had obtained service on one Raymond Fortin as a registered agent. During our telephone call in March, you had been vague as to what entity had contacted you. Carl Bauman had been similarly vague as to the entity who owed the notes at the time Mr. McCarty paid for them. For this reason, in my letter dated June 12, 2006, I asked you if you would be filing an appearance. On June 23, 2006, when I had not heard from you, I called you and left a message. You did not respond to either, leaving me to assume the party who had contacted you had either not retained you or had not been served.

As far as vacating the entry of default, if you will send over a stipulation, I will be happy to sign it as a matter of professional courtesy.

                              Very truly yours,

                              Hal P. Gazaway

HPG/bjf

Exhibit 7
Page 1 of 1