Hal P. Gazaway, P.C.
8620 Boundary Avenue
Anchorage, AK 99504
(907) 338-8111
(907) 338-8118 facsimile

Attorney for Plaintiff

RECEIVED
SEP 1 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG McCARTY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CENTRAL CAROLINA BANK, ) | Case No. A06-00023 CI (TMB) |
| BANNISTER AND WYATT, LLC,) | |
| JOHN F. WYATT, W. O. ) | |
| BANNISTER, JR., and ) | |
| JOHN DOES I and II, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

AFFIDAVIT OF BRENDA J. FAUST

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

Brenda J. Faust, being duly sworn depose and state:

1. I am employed by Hal P. Gazaway, P.C., counsel for plaintiff Craig McCarty in the above entitled action.

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

2. On August 26, 2005, I called the Banking Division for South Carolina. I was told Central Carolina Bank had merged into Central Real Estate Corp. in 1990. They gave me the name of Thomas W. Thomas as the registered agent for Central Real Estate Corporation and his address of 210 S. White Street, Lancaster South Carolina.

3. We attempted to serve the summons and complaint on Mr. Thomas by certified mail.

4. This office received the attached letter dated January 11, 2006, from Mr. Robert A. Bruce. (Attached to Opposition as Exhibit 3) Mr. Bruce's letter states Central Carolina Bank ceased in 1982 and changed its name to Central Carolina Corporation. In 1988, Central Carolina Corporation became Central Reassurance Corporation which merged into Kanawha Insurance Company.

5. On March 11, 2006, I attempted to locate the registered agent for National Commerce Financial Corporation through the Financial Institution Department for Tennessee. I spoke to Deborah at that Department. Deborah checked the FDIC website and found that National Commerce Financial Corporation had merged with Sun Trust Banks, Inc. in 2005 and was a Georgia corporation.

6. I spoke with the Division of Corporations for the State of Georgia that same day. They listed the registered agent

McCARTY v CENTRA CAROLINA BANK, et al., Case No. A06-0023 CI (TMB)
AFFIDAVIT
Page 2 of 3

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

of Sun Trust Banks, Inc. as Raymond D. Fortin, 303 Peachtree Street, Suite 3600, Atlanta, GA 30308.

FURTHER your affiant sayeth naught.

_____
Brenda J. Faust

SUBSCRIBED AND SWORN to before me this 19th day of September, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 7/4/2010

**CERTIFICATE OF SERVICE**

I certify that the foregoing AFFIDAVIT was mailed / ~~faxed / hand delivered~~ to the following attorney(s) of record addressed as follows:

Gary Sleeper
JERMAIN, DUNNAGAN & OWENS
3000 A Street #300
Anchorage, Alaska 99503

DATED this 19th day of September, 2006.

_____
Brenda J. Faust

HAL P. GAZAWAY, P.C.
ATTORNEY AT LAW
8620 BOUNDARY AVENUE
ANCHORAGE, ALASKA 99504
(907) 338-8111
(907) 338-8118 fax

McCARTY v CENTRA CAROLINA BANK, et al., Case No. A06-0023 CI (TMB)
AFFIDAVIT
Page 3 of 3