IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CRAIG MCCARTY,<br><br>              Plaintiff,<br>  vs.<br><br>CENTRAL CAROLINA BANK,<br>  ET AL.<br><br><br>              Defendant. | Case No. 3:06-cv-00023-TMB<br><br><br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

    \_\_\_    **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    _X_    **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this matter is DISMISSED WITHOUT PREJUDICE.

APPROVED:

/s/ Timothy M. Burgess
    **TIMOTHY M. BURGESS**
    United States District Judge

| | |
|---|---|
| 11-09-06 | IDA J. ROMACK |
| Date | Clerk |